B1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION (CHICAGO) | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Munoz, Antonio Christopher** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **aka Antonio Munoz; aka Anthony C Munoz** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **xxx-xx-0699** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **11311 Moraine Drive, Unit K Palos Hills IL 60465**  ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☑ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- ☐ Corporation (includes LLC and LLP).
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1) (1/08)

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Antonio Christopher Munoz** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**_____<br>                                        Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08)    Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s):    **Antonio Christopher Munoz** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _~signature~_ <br> **Antonio Christopher Munoz** <br><br> X _____ <br><br> _____ <br> Telephone Number (If not represented by attorney) <br> **12/07/2009** <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **Debtor not represented by attorney** _____ <br> _____ <br> Bar No. <br><br><br> Phone No. _____ Fax No. _____ <br><br> _____ <br> Date <br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> **Andria Guerra** <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br> **336.56.3022** <br> Social-Security number (if the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> **15028 S. Cicero, Suite B** <br> **Oak Forest IL 60452** <br><br> Address <br> X _~signature~_ <br> **12/07/2009** <br> Date <br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** |
|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br><br> X _____ <br> Signature of Authorized Individual <br><br> _____ <br> Printed Name of Authorized Individual <br><br> _____ <br> Title of Authorized Individual <br><br> _____ <br> Date |

B 1D (Official Form 1, Exhibit D) (12/09)
# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Antonio Christopher Munoz**                             Case No. _____

                                                                                        (if known)

Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re:    **Antonio Christopher Munoz**                                      Case No. _____

                                                                                                    (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

    ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____
                              Antonio Christopher Munoz

Date: _____**12/07/2009**_____

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re  **Antonio Christopher Munoz**                              Case No.

Chapter        **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $1,200.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | $192,456.08 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $2,023.87 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $1,045.00 |
| | TOTAL | 32 | $1,200.00 | $192,456.08 | |

B6A (Official Form 6A) (12/07)

In re  **Antonio Christopher Munoz**

Case No. _____

(if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Antonio Christopher Munoz**                                   Case No. _____
                                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand. | | Cash | - | $50.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | - | $800.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Antonio Christopher Munoz**                              Case No. _____
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Antonio Christopher Munoz**                     Case No. _____
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1994 Jeep Grand Cherokee Ltd. Valued at $350 from kbb.com | - | $350.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Antonio Christopher Munoz**　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

　　　　　　　　　　　　　　　　　　　　___3___ continuation sheets attached　　Total >　　$1,200.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re **Antonio Christopher Munoz**                                  Case No. _____

                                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $136,875.

☐ 11 U.S.C. § 522(b)(2)

☑ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Clothing | 735 ILCS 5/12-1001(b) | $0.00 | $800.00 |
| 1994 Jeep Grand Cherokee Ltd. Valued at $350 from kbb.com | 735 ILCS 5/12-1001(c) | $0.00 | $350.00 |
| | | $0.00 | $1,150.00 |

B6D (Official Form 6D) (12/07)

In re  **Antonio Christopher Munoz**                                      Case No. _____
                                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Subtotal (Total of this Page) > | | | $0.00 | $0.00 |
| | | | | Total (Use only on last page) > | | | $0.00 | $0.00 |

___ **No** ___ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re **Antonio Christopher Munoz**                                      Case No. _____
                                                                                      (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**No**_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Antonio Christopher Munoz**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxx3912<br>**Academy Collection Service, Inc.**<br>10965 Decatur Road<br>Philadelphia, PA 19154.3210 | | - | DATE INCURRED    **04/04/07**<br>CONSIDERATION<br>**Collecting for - First USA/Chase Bank**<br>REMARKS:<br>creditor # USA001 academy file 13539086 | | | | $4,556.13 |
| ACCT #:  x1893<br>**Activity Collection Service, Inc.**<br>664 Milwaukee Ave<br>Prospect Heights, IL 60070 | | - | DATE INCURRED    **08/01/07**<br>CONSIDERATION<br>**Collecting for - Advantage Cellular**<br>REMARKS:<br>address id # 0118837453 | | | | $321.00 |
| ACCT #:  xxxxx2619<br>**Advocate Christ Medical Center**<br>4440 West 95th Street<br>Oak Lawn, IL 60453 | | - | DATE INCURRED    **03/04/07**<br>CONSIDERATION<br>**Medical Center**<br>REMARKS:<br>**ER** | | | | $2,653.60 |
| ACCT #:  xxxxx0404<br>**Advocate Christ Medical Center**<br>4440 West 95th Street<br>Oak Lawn, IL 60453 | | - | DATE INCURRED:    **01/14/07**<br>CONSIDERATION:<br>**Medical Center**<br>REMARKS:<br>**Dr. Rohit Gupta** | | | | $425.00 |
| ACCT #:  xxxxxx xunoz<br>**Advocate Christ Medical Center**<br>4440 West 95th Street<br>Oak Lawn, IL 60453 | | - | DATE INCURRED    **01/14/07**<br>CONSIDERATION<br>**Medical Center**<br>REMARKS:<br>**Dr. Colla ER visit** | | | | $300.00 |
| ACCT #:  xxxxx0404<br>**Advocate MSO Services**<br>701 Lee Street<br>Des Plaines IL 60016 | | - | DATE INCURRED    **01/14/07**<br>CONSIDERATION<br>**Medical**<br>REMARKS:<br>**Dr's Gupta & Colla - Christ Hospital** | | | | $725.00 |

Subtotal >   $8,980.73

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

____19____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.
In re   **Antonio Christopher Munoz**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx xxxxxx3163<br>**Alpine Capital Inv**<br>c/o Albert Law Firm<br>205 W. Randolph, Ste 920<br>Chicago IL 60606 | | | DATE INCURRED<br>CONSIDERATION:  **01/01/09**<br>**Default judgment/Attorney**<br>REMARKS:<br>**Judgment for $6,537.03 plus fees/court costs** | | | | $7,237.34 |
| ACCT #:  xxx0610<br>**AmSher Collection Service**<br>600 Beacon Pkwy West, Suite 300<br>Birmingham AL 35209 | | - | DATE INCURRED<br>CONSIDERATION:  **02/06**<br>**Collecting for - T-Mobile**<br>REMARKS: | | | | $925.00 |
| ACCT #:  xx4717<br>**Assoc Cardiovascular Physicians, S.C.**<br>PO Box 5940<br>Dept 20 1119<br>Carol Stream IL 60197-5940 | | - | DATE INCURRED<br>CONSIDERATION:  **01/01/07**<br>**Medical**<br>REMARKS: | | | | $25.00 |
| ACCT #:  xxxx.xx.xx.xx.28.27<br>**Attorney Arnold Scott Harris**<br>600 W Jackson Blvd, Ste 720<br>Chicago, IL 60661 | | - | DATE INCURRED<br>CONSIDERATION:  **05/29/05**<br>**Collecting for - Illinois State P.D./03**<br>REMARKS:<br>**ticket # 33315562/33315563**<br>**case # 2005.06.13.09.28.27** | | | | $158.60 |
| ACCT #:  xxxxxxxx4009<br>**Bally Total Fitness**<br>12440 E. Imperial Hwy, Ste 3<br>Norwalk CA 90650.8309 | | - | DATE INCURRED<br>CONSIDERATION:  **05/19/05**<br>**Intallment Loan**<br>REMARKS: | | | | $1,588.30 |
| ACCT #:  xxxx-xxxx-xxxx-5897<br>**Bank of America**<br>PO Box 17054<br>Wilmington, DE 19884 | | | DATE INCURRED<br>CONSIDERATION:  **07/01/03**<br>**Credit Card**<br>REMARKS: | | | | $200.00 |

Sheet no. ___1___ of ___19___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $10,134.24

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonio Christopher Munoz**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxx9991<br>**Bank of America**<br>PO Box 17054<br>Wilmington, DE 19884 | | - | DATE INCURRED: 08/30/05<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $277.40 |
| ACCT #: xxxx3143<br>**Bud's Ambulance Service**<br>PO Box 659<br>Dolton IL 60419 | | - | DATE INCURRED: 02/12/07<br>CONSIDERATION:<br>**Medical**<br>REMARKS:<br>call 14.37 hours | | | | $551.50 |
| ACCT #: x9090<br>**Calumet City Fire Department**<br>PO Box 457<br>Wheeling IL 60090 | | - | DATE INCURRED: 02/11/07<br>CONSIDERATION:<br>**Medical**<br>REMARKS<br>Ticket # C070706 from 12 166th to Ingalls 2014 hrs | | | | $554.50 |
| ACCT #: xxxx-xxxx-xxxx-3946<br>**Capital Management Services, LP**<br>726 Exchange Street, suite 700<br>Buffalo, NY 14210 | | - | DATE INCURRED: 11/08/07<br>CONSIDERATION:<br>**Collecting for - First USA/Chase Bank USA NA**<br>REMARKS: | | | | $2,305.66 |
| ACCT #: xxxx-xxxx-xxxx-3912<br>**Capital Management Services, LP**<br>726 Exchange Street, suite 700<br>Buffalo, NY 14210 | | - | DATE INCURRED: 12/14/07<br>CONSIDERATION:<br>**Collecting for - First USA/Chase Bank USA NA**<br>REMARKS: | | | | $4,556.13 |
| ACCT #: xxxxxxxxxxxxx7899<br>**Capital Management Services, LP**<br>726 Exchange Street, Suite 700<br>Buffalo, NY 14210 | | - | DATE INCURRED: 01/09/08<br>CONSIDERATION:<br>**Collecting for - Chase**<br>REMARKS: | | | | $326.38 |

Sheet no. **2** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $8,571.57

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonio Christopher Munoz**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxx-xxxx-3722<br>Capital Management Services, LP<br>726 Exchange Street, Suite 700<br>Buffalo, NY 14210 | | - | DATE INCURRED    11/07/08<br>CONSIDERATION:<br>Collecting for - Discover Financial Services<br>REMARKS: | | | | $3,406.39 |
| ACCT #:  xxxxxxx1993<br>CBCS 21<br>PO Box 2334<br>Columbus, OH 43216-3250 | | | DATE INCURRED    02/15/06<br>CONSIDERATION:<br>Collecting for - Gottlieb Memorial Hospital<br>REMARKS:<br>client #G28766251 | | | | $3,488.36 |
| ACCT #:  xx9738<br>CCB Credit Services Inc.<br>PO Box 272<br>Springfield IL 62705.0272 | | - | DATE INCURRED    07/23/07<br>CONSIDERATION:<br>Collecting for - HSBC Bank<br>REMARKS: | | | | $536.66 |
| ACCT #:  xx8455<br>Charge Me Later<br>PO Box 1551<br>Secaucus NJ 07096.1551 | | | DATE INCURRED    01/01/07<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $119.00 |
| ACCT #:  xxxxx2892<br>Charge Me Later<br>PO Box 1551<br>Secaucus NJ 07096.1551 | | - | DATE INCURRED    10/7/06<br>CONSIDERATION:<br>Phone<br>REMARKS:<br>ph 708.974.4785 prmium access 87428 | | | | $29.99 |
| ACCT #:  xxxx-xxxx-xxxx-6946<br>Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081 | | - | DATE INCURRED    05/01/00<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $1,653.00 |

Sheet no. ___3___ of ___19___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $9,233.40

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonio Christopher Munoz**                                                  Case No. _____
                                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-0320**<br>**Chase**<br>**Bank One Card Service**<br>**800 Brooksedge Blvd.**<br>**Westerville OH 43081** | | | DATE INCURRED:  **01/01/04**<br>CONSIDERATION:  **Credit Card**<br>REMARKS:<br>**transferred to another lender also cc #**<br>**5179451499000429** | | | | $5,675.00 |
| ACCT #:  **xxxx-xxxx-xxxx-3946**<br>**Chase**<br>**201 N Walnut St**<br>**Mailstop DE1-1027**<br>**Wilmington, DE 19801** | | - | DATE INCURRED:  **03/01/04**<br>CONSIDERATION:  **Credit Card**<br>REMARKS:<br>**charge-off** | | | | $2,305.66 |
| ACCT #:  **xxxxxxxxxxxx0262**<br>**Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | | - | DATE INCURRED:  **04/05**<br>CONSIDERATION:  **Credit Card**<br>REMARKS | | | | $3,000.00 |
| ACCT #:  **xxxx-xx10-37**<br>**Chase/Bank One**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | | - | DATE INCURRED:  **03/01/05**<br>CONSIDERATION:  **Credit Card**<br>REMARKS | | | | $4,000.00 |
| ACCT #:  **xxxxx7899**<br>**Chase/Bank One**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | | - | DATE INCURRED:  **01/09/08**<br>CONSIDERATION:  **Bank fees**<br>REMARKS:<br>**Visa Check card** | | | | $326.38 |
| ACCT #:  **xxxx-xxxx-xxxx-3912**<br>**Chase/First USA/Bank One**<br>**201 N Walnut St**<br>**Mailstop DE1-1027**<br>**Wilmington, DE 19801** | | - | DATE INCURRED:  **03/01/05**<br>CONSIDERATION:  **Credit Card**<br>REMARKS | | | | $4,556.13 |

Sheet no. ___4___ of ___19___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $19,863.17

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio Christopher Munoz**                              Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx5562<br>Clerk of the Circuit Court<br>Skokie-2nd Municipal Dist.<br>5600 Old Orchard Road<br>Skokie IL 60077.1084 | | - | DATE INCURRED:  06/22/05<br>CONSIDERATION:<br>**Court Ticket**<br>REMARKS: | | | | $130.00 |
| ACCT #:  xxxx2301<br>Collection Company of<br>700 Longwater Drive<br>Norwell MA 02061 | | - | DATE INCURRED:  06/01/07<br>CONSIDERATION:<br>**Collecting for - Med1 Christ Hospital**<br>REMARKS: | | | | $3,619.00 |
| ACCT #:  xxxx2001<br>Collection Company of<br>700 Longwater Drive<br>Norwell MA 02061 | | - | DATE INCURRED:  07/01/07<br>CONSIDERATION:<br>**Collecting for - Medi Christ Hospital**<br>REMARKS: | | | | $2,653.00 |
| ACCT #:  xxx6116<br>Collection Company of<br>700 Longwater Drive<br>Norwell MA 02061 | | - | DATE INCURRED:  06/01/07<br>CONSIDERATION:<br>**Collecting for - Medical**<br>REMARKS: | | | | $610.00 |
| ACCT #:  xx8455<br>Collection Recovery Bureau<br>1416 S Main St<br>Adrian MI 49221 | | - | DATE INCURRED:  01/01/07<br>CONSIDERATION:<br>**Collecting for - Charge Me Later**<br>REMARKS: | | | | $119.00 |
| ACCT #:  xxxxxxxx.xxxx6247<br>Comcast Cable<br>PO Box 3002<br>Southeastern, PA 19398-3002 | X | - | DATE INCURRED:  04/03/09<br>CONSIDERATION:<br>**Cable**<br>REMARKS:<br>A. Munoz & Victoria | | | | $351.97 |

Sheet no. ___5___ of ___19___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   | $7,482.97 |

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonio Christopher Munoz**                                    Case No. _____
                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xx1541<br>**Computer Credit Service Corp.**<br>PO Box 60201<br>Chicago IL 60660 | | - | DATE INCURRED:  **08/01/06**<br>CONSIDERATION:<br>**Collecting for - Riversedge Hospital**<br>REMARKS: | | | | $8,840.00 |
| ACCT #:  xx8455<br>**CRB**<br>5834 Monroe Ave, Ste A142<br>Sylvania OH 43560 | | - | DATE INCURRED:  **01/01/07**<br>CONSIDERATION:<br>**Collecting for - Charge Me Later**<br>REMARKS: | | | | $119.00 |
| ACCT #:  xxxxxx5338<br>**Credit Collection Services**<br>Two Wells Ave<br>Dept. AMFA<br>Newton, MA 02459 | | - | DATE INCURRED:  **05/11/05**<br>CONSIDERATION:<br>**Collecting for - US Cellular**<br>REMARKS:<br>**#702048708 - 05/11/2005** | | | | $319.83 |
| ACCT #:  xxxxxx - x. xunoz<br>**Credit Max LLC**<br>625 N Flagler Drive, Suite #625<br>West Palm Beach FL 33401 | | - | DATE INCURRED:  **04/07**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $5,675.05 |
| ACCT #:  xxxxxxxxxxxx6247<br>**Credit Protection Association, L.P.**<br>13355 Noel Rd<br>Dallas, TX 75240 | | - | DATE INCURRED:  **04/03/09**<br>CONSIDERATION:<br>**Collecting for - Comcast**<br>REMARKS:<br>**A Munoz & Victoria** | | | | $351.97 |
| ACCT #:  xxxxxxxx4520<br>**Dependon Collection Service**<br>120 W 22nd St Ste 360<br>Oak Brook IL 60523 | | - | DATE INCURRED:  **06/01/07**<br>CONSIDERATION:<br>**Collecting for - Bud's Ambulance**<br>REMARKS: | | | | $552.00 |

Sheet no. ___6___ of ___19___ continuation sheets attached to                                    Subtotal >    | $15,857.85 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio Christopher Munoz**

Case No. _____

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxx-xxxx-0883<br>Discover Card<br>PO Box 30395<br>Salt Lake City, UT 84130-0395 | | - | DATE INCURRED:  06/04/05<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,600.00 |
| ACCT #:  xxxx-xxxx-xxxx-7376<br>Discover Card<br>PO Box 30395<br>Salt Lake City, UT 84130-0395 | | - | DATE INCURRED:  11/05/06<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,753.32 |
| ACCT #:  xxxx-xxxx-xxxx-4196<br>Discover Card<br>PO Box 30395<br>Salt Lake City, UT 84130-0395 | | - | DATE INCURRED:  02/05/07<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,575.43 |
| ACCT #:  xxxx-xxxx-xxxx-3722<br>Discover Fin Svcs LLC<br>PO Box 15316<br>Wilmington, DE 19850 | | - | DATE INCURRED:  09/01/04<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,406.39 |
| ACCT #:  xxxxxx6203<br>Dr. Aamir Safdar<br>7425 Janes Avenue Ste 200<br>Woodridge IL 60517 | | - | DATE INCURRED:  09/12/05<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $290.00 |
| ACCT #:  xxx1457<br>Encore Receivable Managment Inc.<br>400 N Rogers Road<br>PO Box 3330<br>Olathe KS 66063.3330 | | - | DATE INCURRED:  10/03/07<br>CONSIDERATION:<br>**Collecting for - Discover Financial**<br>REMARKS:<br>Card # 6011007611683722 | | | | $3,406.39 |

Sheet no. ___7___ of ___19___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  |  $15,031.53

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonio Christopher Munoz**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx-xxxx-xxxx-3946<br>Encore Receivable Managment Inc.<br>PO Box 3330<br>Olathe KS 66063.3330 | | - | DATE INCURRED:   11/03/06<br>CONSIDERATION:<br>Collecting for - Chase Bank USA N.A.<br>REMARKS: | | | | $2,305.66 |
| ACCT #: x.xxx7674<br>ER Solutions, Inc<br>800 SW 39th St<br>PO Box 9004<br>Renton, WA 98057 | | - | DATE INCURRED:   02/24/07<br>CONSIDERATION:<br>Collecting for - Washington Mutual (Con3SB)<br>REMARKS:<br>client acct# 031200003771441 | | | | $192.91 |
| ACCT #: xx0195<br>GC Services Limited Partnership<br>PO Box 32500<br>Columbus OH 43232.0500 | | - | DATE INCURRED:   10/29/08<br>CONSIDERATION:<br>Collecting for - National Student Loan Program<br>REMARKS: | | | | $1,241.81 |
| ACCT #: xxxxx6251<br>Gottlieb Memorial Hospital<br>701 W. North Avenue<br>Melrose Park IL 60160 | | - | DATE INCURRED:   02/15/06<br>CONSIDERATION:<br>Medical<br>REMARKS:<br>adjustments $6478.39 due $3488.36? | | | | $9,966.75 |
| ACCT #: xxxxx7515<br>Harris and Harris LTD<br>222 Merchandise Mart Plaza,  Suite 1900<br>Chicago, IL 60654 | | - | DATE INCURRED:   06/12/07<br>CONSIDERATION:<br>Collecting for -  Palos Community Hospital<br>REMARKS: | | | | $2,015.01 |
| ACCT #: xxxxx6116<br>HCS - Healthcare Collection Services<br>PO Box 298<br>Norwell MA 02061.0298 | | - | DATE INCURRED:   01/02/07<br>CONSIDERATION:<br>Medical collection - Trace Ambulance<br>REMARKS:<br>Client ref B0701016501 | | | | $1,160.00 |

Sheet no. ___8___ of ___19___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $16,882.14

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio Christopher Munoz**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx9472**<br>Heller and Frisone, Ltd.<br>33 North Lasalle St, Suite 1200<br>Chicago IL 60602 | | | DATE INCURRED:  **09/22/09**<br>CONSIDERATION:<br>**Collecting for - TCF National Bank**<br>REMARKS:<br>**Bank - 1876863490 ph- 773.697.1212** | | | | $104.04 |
| ACCT #:  **xxxxxxx xunoz**<br>Hometown Fire Protection District<br>4301 Southwest Highway<br>Hometown IL 60456.1110 | | - | DATE INCURRED:  **07/07**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $406.25 |
| ACCT #:  **xxxx-xxxx-xxxx-9987**<br>HSBC BANK<br>PO Box 5253<br>Carol Stream IL 60197 | | - | DATE INCURRED:  **11/01/06**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Orchard Bank** | | | | $559.00 |
| ACCT #:  **xxxx-xxxx-xxxx-2944**<br>HSBC BANK<br>1441 SCHILLING PLACE<br>SALINAS, CA 93901 | | - | DATE INCURRED:  **11/01/06**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**HSBC Credit card** | | | | $564.00 |
| ACCT #:  **xxx9211**<br>Illinois Collection Services<br>3101 W 95th St<br>Evergreen Park, IL 60805 | | | DATE INCURRED:  **03/04/07**<br>CONSIDERATION:<br>**Collecting for - ACMC Physician Services**<br>REMARKS:<br>**Incurred 3/4/07 t/o 4/17/07** | | | | $725.00 |
| ACCT #:  **xxx3999**<br>Integrity Financial Partners, Inc.<br>4370 W. 109th Street, Suite 100<br>Overland Park KS 66211 | | | DATE INCURRED:  **08/09**<br>CONSIDERATION:<br>**Collecting for - Chase**<br>REMARKS:<br>**#111000004222082424** | | | | $67.93 |

Sheet no. ___9___ of ___19___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $2,426.22

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio Christopher Munoz**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxx5027<br>John H Stroger, Jr. Hosp of Cook County<br>PO Box 70121<br>Chicago, IL 60673-5698 | | - | DATE INCURRED: 12/9/06<br>CONSIDERATION:<br>Hospital<br>REMARKS: | | | | $641.40 |
| ACCT #: xxx5087<br>KCA Financial Svcs<br>628 North St<br>Geneva, IL 60134 | | - | DATE INCURRED: 09/01/06<br>CONSIDERATION:<br>Collecting for - Northern IL Emer Occ Med<br>REMARKS: | | | | $401.00 |
| ACCT #: xxx2405<br>Leading Edge Recovery Solutions<br>5440 N Cumberland Ave, Ste 300<br>Chicago, IL 60656-1490 | | - | DATE INCURRED: 07/06/07<br>CONSIDERATION:<br>Collecting for - JP Morgan Chase DDA<br>REMARKS<br>client ref 111000000659607899 | | | | $326.38 |
| ACCT #: xxxxx5027<br>Linebarger Goggan Blair & Sampson, LLP<br>Attorney at Law<br>PO Box 06268<br>Chicago, IL 60606-0268 | | - | DATE INCURRED: 12/06<br>CONSIDERATION:<br>Collection Agency - Stroger Hospital<br>REMARKS<br>ref # 481825 | | | | $641.40 |
| ACCT #: xx3529<br>Lou Harris Company<br>613 Academy Drive<br>PO Box 977<br>Northbrook IL 60062 | | - | DATE INCURRED: 07/01/06<br>CONSIDERATION:<br>Collecting for - Medical Pay Data/MIMIT<br>REMARKS | | | | $497.00 |
| ACCT #: xxx9057<br>Medical Recovery Specialists, Inc<br>2250 E Devon Ave, #352<br>Des Plaines, IL 60018-4519 | | - | DATE INCURRED: 03/04/07<br>CONSIDERATION:<br>Collecting for - Superior Air-Ground Ambulance Se<br>REMARKS:<br>acct # 0785473 | | | | $589.83 |

Sheet no. ___10___ of ___19___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $3,097.01

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonio Christopher Munoz**                                    Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxx8012 <br> **Medical Recovery Specialists, Inc** <br> 2250 E Devon Ave, #352 <br> Des Plaines, IL 60018-4519 | | - | DATE INCURRED: **01/14/07** <br> CONSIDERATION: **Collecting for - Superior Air-Ground Ambulance Se** <br> REMARKS: **acct # 0717937** | | | | $589.68 |
| ACCT #: xxxxxx0382 <br> **Merchants' Credit Guide Co.** <br> 223 W Jackson Blvd. <br> Chicago, IL 60606 | | - | DATE INCURRED: **12/10/07** <br> CONSIDERATION: **Collecting for - Palos Emerg Med Services** <br> REMARKS: | | | | $368.00 |
| ACCT #: xxxxxxx3595 <br> **Midstate Collection Solutions, Inc.** <br> PO Box 3292 <br> Champaign IL 61826.3292 | | - | DATE INCURRED: **02/01/06** <br> CONSIDERATION: **Collecting for - Jacks Towing Inc** <br> REMARKS: **client 273595 $1520 + fees 608 = total $2128** | | | | $2,128.00 |
| ACCT #: xxx.x.xxxxxx7830 <br> **Midwest Diagnostic Pathology, SC** <br> 75 Remittance Dr, #3070 <br> Chicago, IL 60675-3070 | | - | DATE INCURRED: **03/04/07** <br> CONSIDERATION: **Medical** <br> REMARKS: **Christ Hospital** | | | | $51.00 |
| ACCT #: xxx.x.xxxxxx1936 <br> **Midwest Diagnostic Pathology, SC** <br> 75 Remittance Dr, #3070 <br> Chicago, IL 60675-3070 | | - | DATE INCURRED: **01/14/07** <br> CONSIDERATION: **Medical** <br> REMARKS: **Christ Hospital** | | | | $51.00 |
| ACCT #: x.xxxxxxx.01.01 <br> **Midwest Emergency Associates** <br> Dept 20.6000 <br> PO Box 5990 <br> Carol Stream IL 60197 | | - | DATE INCURRED: **03/26/07** <br> CONSIDERATION: **Medical** <br> REMARKS: | | | | $428.00 |

Sheet no. ___11___ of ___19___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $3,615.68

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonio Christopher Munoz**                     Case No. _____

                                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx8012<br>**MRSI**<br>2350 E Devon Avenue, Ste 225<br>Des Plaines IL 60018 | | - | DATE INCURRED:  05/01/07<br>CONSIDERATION:<br>**Collecting for - Superior Air-Ground Ambulance**<br>REMARKS: | | | | $589.00 |
| ACCT #:  xxx9057<br>**MRSI**<br>2350 E Devon Avenue, Ste 225<br>Des Plaines IL 60018 | | - | DATE INCURRED:  07/01/07<br>CONSIDERATION:<br>**Collecting for - Superior Air-Ground Ambulance**<br>REMARKS: | | | | $589.00 |
| ACCT #:  xxx8935<br>**Municipal Collection Services Inc**<br>PO Box 666<br>Lansing IL 60438 | | - | DATE INCURRED:  08/24/07<br>CONSIDERATION:<br>**Collecting for - City of Calumet**<br>REMARKS: | | | | $554.50 |
| ACCT #:  xxxx-xxxx-xxxx-3946<br>**National Action Financial Services, Inc.**<br>165 Lawrence Bell, Suite 100<br>PO Box 9027<br>Williamsville NY 14231.9027 | | - | DATE INCURRED:  05/07<br>CONSIDERATION:<br>**Collecting for - Chase Bank USA NA**<br>REMARKS: | | | | $2,305.66 |
| ACCT #:  xxxxxxxxxx1582<br>**National Student Loan**<br>1300 O Street<br>Lincoln NE 68508 | | - | DATE INCURRED:  07/01/07<br>CONSIDERATION:<br>**Collecting for - Education Loans/SLFC**<br>REMARKS: | | | | $970.00 |
| ACCT #:  xxxxxxxxxx1582<br>**National Student Loan**<br>PO Box 82507<br>Lincoln NE 68501.2507 | | - | DATE INCURRED:  07/01/06<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | | $970.00 |

Sheet no. __12__ of __19__ continuation sheets attached to                                Subtotal >        $5,978.16

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              Total >
                                                          (Use only on last page of the completed Schedule F.)
                                                 (Report also on Summary of Schedules and, if applicable, on the
                                                   Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonio Christopher Munoz**                                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxN000<br>**North Palos Fire Prot Dist N**<br>**10629 South Roberts Road**<br>**Palos Hills IL 60465** | | - | DATE INCURRED   08/08/05<br>CONSIDERATION<br>**Medical**<br>REMARKS.<br>**Antonio Munos** | | | | $785.00 |
| ACCT #:  xx x6227<br>**Northlake Fire Protection Dist**<br>**PO Box 1368**<br>**Elmhurst IL 60126** | | - | DATE INCURRED   02/15/06<br>CONSIDERATION<br>**Medical**<br>REMARKS:<br>**Gottieb Hospital Incident # 06-210 N from 904 Roy** | | | | $1,551.00 |
| ACCT #:  xxxxxx0066<br>**Northwest Collectors**<br>**3601 Algonquin Rd, Suite 50**<br>**Rolling Meadows, IL 60008** | | - | DATE INCURRED   09/01/08<br>CONSIDERATION<br>**Collecting for - Medical Payment Data**<br>REMARKS | | | | $715.00 |
| ACCT #:  xxx6116<br>**Northwest Collectors**<br>**3601 Algonquin Rd, Suite 50**<br>**Rolling Meadows, IL 60008** | | - | DATE INCURRED   06/01/07<br>CONSIDERATION:<br>**Collecting for - Medical**<br>REMARKS: | | | | $610.00 |
| ACCT #:  xxxxx5910<br>**Northwest Collectors Inc.**<br>**3601 Algonquin Rd, Suite 50**<br>**Rolling Meadows, IL 60008** | | - | DATE INCURRED   05/01/07<br>CONSIDERATION<br>**Collecting for - Hometown Fire Protection District**<br>REMARKS | | | | $406.25 |
| ACCT #:  xxxx-xxxx-xxxx-9987<br>**Orchard Bank**<br>**c/o HSBC Bank Nevada**<br>**1111 Town Center Drive**<br>**Las Vegas NV 89144** | | - | DATE INCURRED   05/23/07<br>CONSIDERATION<br>**Credit Card**<br>REMARKS: | | | | $475.41 |

Sheet no. ___13___ of ___19___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $4,542.66

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio Christopher Munoz**                    Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx7515 <br> **Palos Community Hospital** <br> **12251 S 80th Avenue** <br> **Palos Heights IL 60463.1256** | | - | DATE INCURRED: CONSIDERATION: **01/01/07** <br> **Medical** <br> REMARKS: <br> **ref # 3169289** | | | | $3,358.35 |
| ACCT #:  xxxxx3043 <br> **Palos Community Hospital** <br> **12251 S 80th Avenue** <br> **Palos Heights IL 60463.1256** | | - | DATE INCURRED: CONSIDERATION: **08/07/05** <br> **Medical** <br> REMARKS: | | | | $50.00 |
| ACCT #:  xxx965.0 <br> **Palos Emergency Med Services, Ltd.** <br> **9944 South Roberts Road** <br> **Suite 204** <br> **Palos Hills IL 60465** | | - | DATE INCURRED: CONSIDERATION: **01/01/07** <br> **Medical** <br> REMARKS: <br> **Dr Anthony Hatfield ER** | | | | $368.00 |
| ACCT #:  xxx.x.xxxxxx1045 <br> **Palos Pathology Associates, Ltd.** <br> **520 E 22nd Street** <br> **Lombard IL 60148** | | - | DATE INCURRED: CONSIDERATION: **01/01/07** <br> **Medical** <br> REMARKS: <br> **Palos Community Hospital** | | | | $69.00 |
| ACCT #:  xxG698 <br> **PFG of Minnesota** <br> **7825 Washington Ave S Ste 310** <br> **Minneapolis MN 55439.2409** | | - | DATE INCURRED: CONSIDERATION: **10/16/07** <br> **Collecting for - Central & E Washington Mutual** <br> REMARKS: <br> **acct #031200003771441** | | | | $192.91 |
| ACCT #:  xxxxx8708 <br> **Portfolio Recovery Associates** <br> **120 Corporate Boulevard** <br> **Suite 100** <br> **Norfolk, VA 23502** | | - | DATE INCURRED: CONSIDERATION: **03/01/08** <br> **Collecting for - US Cellular** <br> REMARKS: | | | | $246.00 |

Sheet no. ___14___ of ___19___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $4,284.26

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio Christopher Munoz**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxx0965<br>RCVL Per Mng<br>1930 220th St SE<br>Suite 101<br>Bothell, WA 98021 | | - | DATE INCURRED: 04/01/08<br>CONSIDERATION:<br>Collecting for - TMobile USA<br>REMARKS: | | | | $537.00 |
| ACCT #: xxxx6272<br>Redline Recovery Services, LLC<br>1145 Sanctuary Pkwy Ste 350<br>Alpharetta, GA 30009-4756 | | - | DATE INCURRED: 12/3/09<br>CONSIDERATION:<br>Collecting for - Discover Card<br>REMARKS:<br>ref 6011007611683722 | | | | $3,406.39 |
| ACCT #: xxxx xxxxxx2969<br>Resurgence Financial LLC<br>4100 Commercial Avenue<br>Northbrook IL 60062 | | - | DATE INCURRED: 12/01/08<br>CONSIDERATION:<br>Judgement<br>REMARKS: | | | | $7,539.13 |
| ACCT #: xxx7643<br>Riveredge Hospital/ MSC 410116<br>PO Box 415000<br>Nashville TN 37241.5000 | | - | DATE INCURRED: 08/08/05<br>CONSIDERATION:<br>Medical<br>REMARKS:<br>08/08/05-08/25/05 | | | | $8,840.00 |
| ACCT #: xxxxxxxxxxx1441<br>RJM Acquisitions, LLC<br>575 Underhill Blvd Suite 224<br>Syosset NY 11791.3416 | | - | DATE INCURRED: 02/01/08<br>CONSIDERATION:<br>Collecting for - Washington Mutual Checking Accou<br>REMARKS:<br>Overdrawn checking account | | | | $192.00 |
| ACCT #: xxxx.xxxxx33.01<br>RJM Pathology Consultants, Ltc.<br>34520 Eagle Way<br>Chicago IL 60678 | | - | DATE INCURRED: 02/21/06<br>CONSIDERATION:<br>Medical<br>REMARKS:<br>Location Gottlieb Memorial Hospital Clinic | | | | $304.00 |

Sheet no. __15__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $20,818.52

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonio Christopher Munoz**                     Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx8935<br>**RMI/MCSI**<br>PO Box 666<br>Lansing, IL 60438 | | - | DATE INCURRED:  08/01/07<br>CONSIDERATION:<br>**Collecting for - City of Calumet City Ambulance**<br>REMARKS: | | | | $554.00 |
| ACCT #:  xxx0965<br>**RPM - Receivables Perfomance Mngm LLC**<br>10413 Beardslee Blvd<br>Bothell WA 98011 | | - | DATE INCURRED:  04/01/08<br>CONSIDERATION:<br>**Collecting for - TMobile USA**<br>REMARKS: | | | | $537.00 |
| ACCT #:  xxxx9844<br>**RPM - Receivables Perfomance Mngm LLC**<br>1930 220th St SE<br>Suite 101<br>Bothell, WA 98021 | | - | DATE INCURRED:  09/29/07<br>CONSIDERATION:<br>**Collecting for - FFPM Carmel Holdins I, LLC**<br>REMARKS:<br>**File Number 14247543 RPMFN** | | | | $559.70 |
| ACCT #:  xxxxxxxxxxxxxx2004<br>**Sallie Mae**<br>1002 Arthur Drive<br>Lynn Haven FL 32444 | | - | DATE INCURRED:  05/26/04<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS:<br>**CEC SIG LN 10% Interest** | | | | $12,700.00 |
| ACCT #:  xxxxxx-xxxxxxx xunoz<br>**Sentry Credit, Inc.**<br>2809 Grand Avenue<br>Everett WA 98201 | | - | DATE INCURRED:  04/25/07<br>CONSIDERATION:<br>**Collecting for - Credit Max**<br>REMARKS:<br>**000813142** | | | | $5,675.05 |
| ACCT #:  xxxxxxxx9501<br>**Student Loan Finance Corp**<br>105 1st Ave SW<br>Aberdeen SD 57401 | | - | DATE INCURRED:  03/01/04<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS:<br>**Paid was collection** | | | | $1,527.00 |

Sheet no. ___16___ of ___19___ continuation sheets attached to          Subtotal >   | $21,552.75 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio Christopher Munoz**                                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxx9901<br>**Student Loan Finance Corporation**<br>**105 First Ave SW**<br>**Aberdeen SD 57401.4104** | | - | DATE INCURRED:  **03/09/04**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $1,527.00 |
| ACCT #:  xx.x5473<br>**Superior Air Ground Amb Serv**<br>**PO Box 1407**<br>**Elmhurst, IL 60126** | | - | DATE INCURRED:  **03/04/07**<br>CONSIDERATION:<br>**Medical**<br>REMARKS:<br>**Christ Hospital to Tinley Park** | | | | $572.34 |
| ACCT #:  xx.x7937<br>**Superior Air Ground Amb Serv**<br>**PO Box 1407**<br>**Elmhurst, IL 60126** | | - | DATE INCURRED:  **01/14/07**<br>CONSIDERATION:<br>**Medical**<br>REMARKS:<br>**Christ Hospital to Tinley Park** | | | | $581.09 |
| ACCT #:  xxxx0627<br>**Superior Asset Management, Inc.**<br>**1000 Abernathy Road**<br>**Suite 165**<br>**Atlanta GA 30328** | | - | DATE INCURRED:  **11/5/09**<br>CONSIDERATION:<br>**Collecting for - TMobile**<br>REMARKS:<br>**TMobile acct 396795994** | | | | $925.18 |
| ACCT #:  xxxxx5994<br>**T Mobile**<br>**PO Box 742596**<br>**Cincinnati, OH 45274-2596** | | - | DATE INCURRED:  **12/05**<br>CONSIDERATION:<br>**Phone**<br>REMARKS:<br>**cellular 773.592.5044** | | | | $925.18 |
| ACCT #:  xxxxx3839<br>**T Mobile**<br>**PO Box 742596**<br>**Cincinnati, OH 45274-2596** | | - | DATE INCURRED:  **11/08**<br>CONSIDERATION:<br>**Phone**<br>REMARKS: | | | | $0.00 |

Sheet no. ___17___ of ___19___ continuation sheets attached to                         Subtotal >            $4,530.79
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            Total >
                                                        (Use only on last page of the completed Schedule F.)
                                        (Report also on Summary of Schedules and, if applicable, on the
                                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio Christopher Munoz**                    Case No. _____

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx4111<br>Tate & Kirlin Associates<br>2810 Southampton Rd<br>Philadelphia, PA 19154 | | | DATE INCURRED:  02/08/08<br>CONSIDERATION:<br>Collecting for - FFPM Carmel Holdings I LLC<br>REMARKS:<br>Previous collected for HSBC Card Services Inc. Ref #8981186 | | | | $569.82 |
| ACCT #:  xxxxx3490<br>TCF National Bank<br>800 Burr Ridge Pkwy<br>Burr Ridge IL 60527 | | - | DATE INCURRED:  10/08/09<br>CONSIDERATION:<br>Bank Fees<br>REMARKS:<br>Collection Fees charged off / write off | | | | $104.04 |
| ACCT #:  x5279<br>Trace Ambulance Inc<br>PO Box 264<br>Bedford Park IL 60499 | | - | DATE INCURRED:  01/02/07<br>CONSIDERATION:<br>Medical<br>REMARKS:<br>Ticket # B07010165 | | | | $610.00 |
| ACCT #:  xxxx-xxxx-xxxx-3912<br>Unifund CCR Partners<br>10625 Techwoods Circle<br>Cincinnati, OH 45242 | | | DATE INCURRED:  06/08<br>CONSIDERATION:<br>Collecting for - Chase/Heritage First USA<br>REMARKS: | | | | $4,951.00 |
| ACCT #:  xxxx-xxxx-xxxx-3946<br>Unifund CCR Partners<br>10625 Techwoods Circle<br>Cincinnati, OH 45242 | | | DATE INCURRED:  06/08<br>CONSIDERATION:<br>Collecting for-Chase/Heritage First USA<br>REMARKS: | | | | $2,505.00 |
| ACCT #:  xxxxx8708<br>US Cellular/Chicago/NW IN 869<br>PO Box 7835<br>Madison WI 53707.7835 | | | DATE INCURRED:  04/06<br>CONSIDERATION:<br>Phone<br>REMARKS:<br>invoice # 702048708.016 cell # 773.577.4943 | | | | $319.83 |

Sheet no. __18__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | $9,059.69 |
|---|---|---|
|  | Total > | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonio Christopher Munoz**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxx4748<br>**Valentine & Kebartas, Inc.**<br>**PO Box 325**<br>**Lawrence MA 01842-0625** | | - | DATE INCURRED:  04/04/06<br>CONSIDERATION:<br>**Collecting for - US Cellular**<br>REMARKS:<br>**client 702048708** | | | | $319.83 |
| ACCT #:  xxx.xxx144.1<br>**Washington Mutual**<br>**PO Box 2439**<br>**Chatsworth CA 91313.2437** | | - | DATE INCURRED:  03/07/07<br>CONSIDERATION:<br>**Checking & Savings Account**<br>REMARKS:<br>**Bank fees for Overdrawn account**<br>**Savings  Acct # 395.682021.7** | | | | $192.91 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___19___ of ___19___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $512.74 |
| Total > | $192,456.08 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Antonio Christopher Munoz**                              Case No. _____

                                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **Antonio Christopher Munoz**                                    Case No. _____
                                                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Victoria Munoz**<br>11311 Moraine Dr Apt K<br>Palos Hills IL 60465.2666 | **Comcast Cable**<br>PO Box 3002<br>Southeastern, PA 19398-3002 |

B6I (Official Form 6I) (12/07)

In re **Antonio Christopher Munoz**                              Case No. _____

(if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Single** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | admin | |
| Name of Employer | Illinois Vehicle | |
| How Long Employed | one month | |
| Address of Employer | 5101 Darmstadt | |
| | Hillside IL 60162 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $2,583.32 | |
| 2.  Estimate monthly overtime | $0.00 | |
| 3.  SUBTOTAL | **$2,583.32** | |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes (includes social security tax if b. is zero) | $361.83 | |
|    b. Social Security Tax | $160.16 | |
|    c. Medicare | $37.46 | |
|    d. Insurance | $0.00 | |
|    e. Union dues | $0.00 | |
|    f. Retirement | $0.00 | |
|    g. Other (Specify) _____ | $0.00 | |
|    h. Other (Specify) _____ | $0.00 | |
|    i. Other (Specify) _____ | $0.00 | |
|    j. Other (Specify) _____ | $0.00 | |
|    k. Other (Specify) _____ | $0.00 | |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | **$559.45** | |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | **$2,023.87** | |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8.  Income from real property | $0.00 | |
| 9.  Interest and dividends | $0.00 | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. Social security or government assistance (Specify): _____ | $0.00 | |
| 12. Pension or retirement income | $0.00 | |
| 13. Other monthly income (Specify): | | |
|    a. _____ | $0.00 | |
|    b. _____ | $0.00 | |
|    c. _____ | $0.00 | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$2,023.87** | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$2,023.87** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **Antonio Christopher Munoz**                    Case No. _____

                                                                      (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $500.00 |
|    a. Are real estate taxes included?  ☑ Yes  ☐ No | |
|    b. Is property insurance included?  ☑ Yes  ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | |
|           b. Water and sewer | |
|           c. Telephone | |
|           d. Other: | |
| 3. Home maintenance (repairs and upkeep) | |
| 4. Food | |
| 5. Clothing | |
| 6. Laundry and dry cleaning | |
| 7. Medical and dental expenses | |
| 8. Transportation (not including car payments) | $300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $200.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | |
|           b. Life | |
|           c. Health | |
|           d. Auto | $45.00 |
|           e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto: | |
|           b. Other: | |
|           c. Other: | |
|           d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$1,045.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I                    $2,023.87
b. Average monthly expenses from Line 18 above                           $1,045.00
c. Monthly net income (a. minus b.)                                      $978.87

Form 6 - Statistical Summary (12/07)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re  **Antonio Christopher Munoz**

Case No.

Chapter     7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $14,911.81 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$14,911.81** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $2,023.87 |
| Average Expenses (from Schedule J, Line 18) | $1,045.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $1,578.38 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $192,456.08 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $192,456.08 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Antonio Christopher Munoz**                                    Case No. _____

                                                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**34**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **12/07/2009** _____          Signature _____

                                                                          ***Antonio Christopher Munoz***

Date _____          Signature _____

                                              [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Andria Guerra, Petition Preparer** _____          **336.56.3022** _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No.

                                                                                          *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

**15028 S. Cicero, Suite B**
**Oak Forest IL 60452**

_____          **12/07/2009** _____

Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:  **Antonio Christopher Munoz**          Case No. _____

                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**None**
☑

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None**
☑

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

**None**
☑

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None**
☑

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None**
☑

c.  All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Defendent Munoz vs. Alpine Capital Investments LLC No. 08 M1 183163** | **creditor ($6537.03)** | **Circuit Court of the 1st Municipal District, Cook County Illinois** | **open** |
| **Defendent Munoz vs. Resurgence Financial, LLC Case No. 08 M1 182969** | **Chase Bank - creditor ($7514.23)** | **Circuit Court of Cook County Illinois** | **Judgement for plantiff allowed** |

B7 (Official Form 7) (12/07) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Antonio Christopher Munoz**                           Case No. _____

                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None ☑  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None ☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None ☑  a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑  b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Andria Guerra**<br>**15028 S. Cicero, Suite B**<br>**Oak Forest IL 60452** | 11/20/09 | **$262.19 ($200 software, $50 typing fee, $12.19 credit report)** |
| **Central Illinois Debt Management & Credit Education, Inc.** | 11/24/09 | **$50 for pre-filing credit counseling** |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **Antonio Christopher Munoz**                                    Case No.   _____

                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**10. Other transfers**

None ☑  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑  b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑  List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑  If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:  **Antonio Christopher Munoz**

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
Continuation Sheet No. 3

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None ☑  a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None ☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Antonio Christopher Munoz**                    Case No. _____

                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☑  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☑  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **Antonio Christopher Munoz**                          Case No. _____

                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

---

None ☑

**23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

None ☑

**24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

None ☑

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

[If completed by an individual or individual and spouse]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **12/07/2009** _____          Signature _____
                                                                                    of Debtor      **Antonio Christopher Munoz**

Date  _____          Signature _____
                                                                                    of Joint Debtor
                                                                                    (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:    **Antonio Christopher Munoz**                    Case No. _____

                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Andria Guerra, Petition Preparer**                    **336.56.3022**
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

**15028 S. Cicero, Suite B**
**Oak Forest IL 60452**

_____        **12/07/2009**
Signature of Bankruptcy Petition Preparer                Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Antonio Christopher Munoz**                    CASE NO

                                                         CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A – Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>None | **Describe Property Securing Debt:** |

Property will be (check one):
- ☐ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt        ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐          NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  12/07/2009 _____        Signature _____
                                                *Antonio Christopher Munoz*

Date _____                    Signature _____

B 201B (Form 201B)  (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re  **Antonio Christopher Munoz**

Case No. _____

Chapter _____ **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Andria Guerra, Petition Preparer**

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:
**15028 S. Cicero, Suite B
Oak Forest IL 60452**

**336.56.3022**

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

x _____

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Antonio Christopher Munoz**

_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

x _____
Signature of Debtor                    **12/07/2009**
                                              Date

x _____
Signature of Joint Debtor (if any)    Date

---

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) ONLY if the certification has NOT been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

| Attorney or Party Name, Address and Telephone Number | FOR COURT USE ONLY |
|---|---|
| **Antonio Christopher Munoz**<br>**11311 Moraine Drive, Unit K**<br>**Palos Hills IL 60465**<br>**Debtor(s) in pro per** | |

| In re:<br>**Antonio Christopher Munoz** | CASE NO.: |
|---|---|
| | CHAPTER: 7 |
| | Debtor Address:<br>**11311 Moraine Drive, Unit K**<br>**Palos Hills IL 60465** |
| Social Security Number: **xxx-xx-0699** | Employer's Tax I.D. Number: |

# DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For document preparation services, I have agreed to accept | $262.17 |
| Prior to the filing of this statement I have received | $262.17 |
| Balance Due | $0.00 |

2. I have prepared or caused to be prepared the following documents (itemize):
**Bankruptcy Documents**

and provided the following services (itemize):
**Software ($200.00), Credit report ($12.17), Typing ($50.00)**

3. The source of the compensation paid to me was:
☑ Debtor ☐ Other (specify)

4. The source of compensation to be paid to me is:
☑ Debtor ☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge, no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

| Name | SSN |
|---|---|
| **Andria Guerra** | **336.56.3022** |

| In re: **Antonio Christopher Munoz** | CASE NUMBER: |
| | CHAPTER: **7** |

## DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

X _____
　　　　　　Signature

_____336.56.3022_____
Social Security Number

_____12/07/2009_____
Date

Name (Print):　**Andria Guerra**

Address:　　**15028 S. Cicero, Suite B**
　　　　　　**Oak Forest IL 60452**

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Antonio Christopher Munoz**

CASE NO

CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/07/2009

Signature _____
          *Antonio Christopher Munoz*

Date _____

Signature _____

Academy Collection Service, Inc.
10965 Decatur Road
Philadelphia, PA 19154.3210


Activity Collection Service, Inc.
664 Milwaukee Ave
Prospect Heights, IL 60070


Advocate Christ Medical Center
4440 West 95th Street
Oak Lawn, IL 60453


Advocate MSO Services
701 Lee Street
Des Plaines IL 60016


Alpine Capital Inv
c/o Albert Law Firm
205 W. Randolph, Ste 920
Chicago IL 60606


AmSher Collection Service
600 Beacon Pkwy West, Suite 300
Birmingham AL 35209


Assoc Cardiovascular Physicians, S.C.
PO Box 5940
Dept 20 1119
Carol Stream IL 60197-5940


Attorney Arnold Scott Harris
600 W Jackson Blvd, Ste 720
Chicago, IL 60661


Bally Total Fitness
12440 E. Imperial Hwy, Ste 3
Norwalk CA 90650.8309

Bank of America
PO Box 17054
Wilmington, DE 19884


Bud's Ambulance Service
PO Box 659
Dolton IL 60419


Calumet City Fire Department
PO Box 457
Wheeling IL 60090


Capital Management Services, LP
726 Exchange Street, suite 700
Buffalo, NY 14210


CBCS 21
PO Box 2334
Columbus, OH 43216-3250


CCB Credit Services Inc.
PO Box 272
Springfield IL 62705.0272


Charge Me Later
PO Box 1551
Secaucus NJ 07096.1551


Chase
800 Brooksedge Blvd
Westerville, OH 43081


Chase
Bank One Card Service
800 Brooksedge Blvd.
Westerville OH 43081

Chase
201 N Walnut St
Mailstop DE1-1027
Wilmington, DE 19801


Chase/Bank One
800 Brooksedge Blvd
Westerville, OH 43081


Chase/Bank One
PO Box 15153
Wilmington, DE 19886-5153


Chase/First USA/Bank One
201 N Walnut St
Mailstop DE1-1027
Wilmington, DE 19801


Clerk of the Circuit Court
Skokie-2nd Municipal Dist.
5600 Old Orchard Road
Skokie IL 60077.1084


Collection Company of
700 Longwater Drive
Norwell MA 02061


Collection Recovery Bureau
1416 S Main St
Adrian MI 49221


Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002


Computer Credit Service Corp.
PO Box 60201
Chicago IL 60660

CRB
5834 Monroe Ave, Ste A142
Sylvania OH 43560


Credit Collection Services
Two Wells Ave
Dept. AMFA
Newton, MA 02459


Credit Max LLC
625 N Flagler Drive, Suite #625
West Palm Beach FL 33401


Credit Protection Association, L.P.
13355 Noel Rd
Dallas, TX 75240


Dependon Collection Service
120 W 22nd St Ste 360
Oak Brook IL 60523


Discover Card
PO Box 30395
Salt Lake City, UT 84130-0395


Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE 19850


Dr. Aamir Safdar
7425 Janes Avenue Ste 200
Woodridge IL 60517


Encore Receivable Managment Inc.
400 N Rogers Road
PO Box 3330
Olathe KS 66063.3330

Encore Receivable Managment Inc.
PO Box 3330
Olathe KS 66063.3330


ER Solutions, Inc
800 SW 39th St
PO Box 9004
Renton, WA 98057


GC Services Limited Partnership
PO Box 32500
Columbus OH 43232.0500


Gottlieb Memorial Hospital
701 W. North Avenue
Melrose Park IL 60160


Harris and Harris LTD
222 Merchandise Mart Plaza,  Suite 1900
Chicago, IL 60654


HCS - Healthcare Collection Services
PO Box 298
Norwell MA 02061.0298


Heller and Frisone, Ltd.
33 North Lasalle St, Suite 1200
Chicago IL 60602


Hometown Fire Protection District
4301 Southwest Highway
Hometown IL 60456.1110


HSBC BANK
PO Box 5253
Carol Stream IL 60197

HSBC BANK
1441 SCHILLING PLACE
SALINAS, CA 93901


Illinois Collection Services
3101 W 95th St
Evergreen Park, IL 60805


Integrity Financial Partners, Inc.
4370 W. 109th Street, Suite 100
Overland Park KS 66211


John H Stroger, Jr. Hosp of Cook County
PO Box 70121
Chicago, IL 60673-5698


KCA Financial Svcs
628 North St
Geneva, IL 60134


Leading Edge Recovery Solutions
5440 N Cumberland Ave, Ste 300
Chicago, IL 60656-1490


Linebarger Goggan Blair & Sampson, LLP
Attorney at Law
PO Box 06268
Chicago, IL 60606-0268


Lou Harris Company
613 Academy Drive
PO Box 977
Northbrook IL 60062


Medical Recovery Specialists, Inc
2250 E Devon Ave, #352
Des Plaines, IL 60018-4519

Merchants' Credit Guide Co.
223 W Jackson Blvd.
Chicago, IL 60606


Midstate Collection Solutions, Inc.
PO Box 3292
Champaign IL 61826.3292


Midwest Diagnostic Pathology, SC
75 Remittance Dr, #3070
Chicago, IL 60675-3070


Midwest Emergency Associates
Dept 20.6000
PO Box 5990
Carol Stream IL 60197


MRSI
2350 E Devon Avenue, Ste 225
Des Plaines IL 60018


Municipal Collection Services Inc
PO Box 666
Lansing IL 60438


National Action Financial Services, Inc.
165 Lawrence Bell, Suite 100
PO Box 9027
Williamsville NY 14231.9027


National Student Loan
1300 O Street
Lincoln NE 68508


National Student Loan
PO Box 82507
Lincoln NE 68501.2507

North Palos Fire Prot Dist N
10629 South Roberts Road
Palos Hills IL 60465


Northlake Fire Protection Dist
PO Box 1368
Elmhurst IL 60126


Northwest Collectors
3601 Algonquin Rd, Suite 50
Rolling Meadows, IL 60008


Northwest Collectors Inc.
3601 Algonquin Rd, Suite 50
Rolling Meadows, IL 60008


Orchard Bank
c/o HSBC Bank Nevada
1111 Town Center Drive
Las Vegas NV 89144


Palos Community Hospital
12251 S 80th Avenue
Palos Heights IL 60463.1256


Palos Emergency Med Services, Ltd.
9944 South Roberts Road
Suite 204
Palos Hills IL 60465


Palos Pathology Associates, Ltd.
520 E 22nd Street
Lombard IL 60148


PFG of Minnesota
7825 Washington Ave S Ste 310
Minneapolis MN 55439.2409

Portfolio Recovery Associates
120 Corporate Boulevard
Suite 100
Norfolk, VA 23502


RCVL Per Mng
1930 220th St SE
Suite 101
Bothell, WA 98021


Redline Recovery Services, LLC
1145 Sanctuary Pkwy Ste 350
Alpharetta, GA 30009-4756


Resurgence Financial LLC
4100 Commercial Avenue
Northbrook IL 60062


Riveredge Hospital/ MSC 410116
PO Box 415000
Nashville TN 37241.5000


RJM Acquisitions, LLC
575 Underhill Blvd Suite 224
Syosset NY 11791.3416


RJM Pathology Consultants, Ltc.
34520 Eagle Way
Chicago IL 60678


RMI/MCSI
PO Box 666
Lansing, IL 60438


RPM - Receivables Perfomance Mngm LLC
10413 Beardslee Blvd
Bothell WA 98011

RPM - Receivables Perfomance Mngm LLC
1930 220th St SE
Suite 101
Bothell, WA 98021


Sallie Mae
1002 Arthur Drive
Lynn Haven FL 32444


Sentry Credit, Inc.
2809 Grand Avenue
Everett WA 98201


Student Loan Finance Corp
105 1st Ave SW
Aberdeen SD 57401


Student Loan Finance Corporation
105 First Ave SW
Aberdeen SD 57401.4104


Superior Air Ground Amb Serv
PO Box 1407
Elmhurst, IL 60126


Superior Asset Management, Inc.
1000 Abernathy Road
Suite 165
Atlanta GA 30328


T Mobile
PO Box 742596
Cincinnati, OH 45274-2596


Tate & Kirlin Associates
2810 Southampton Rd
Philadelphia, PA 19154

TCF National Bank
800 Burr Ridge Pkwy
Burr Ridge IL 60527


Trace Ambulance Inc
PO Box 264
Bedford Park IL 60499


Unifund CCR Partners
10625 Techwoods Circle
Cincinnati, OH 45242


US Cellular/Chicago/NW IN 869
PO Box 7835
Madison WI 53707.7835


Valentine & Kebartas, Inc.
PO Box 325
Lawrence MA 01842-0625


Victoria Munoz
11311 Moraine Dr Apt K
Palos Hills IL 60465.2666


Washington Mutual
PO Box 2439
Chatsworth CA 91313.2437

Academy Collection Service, Inc
10965 Decatur Road
Philadelphia, PA 19154.3210

Bud's Ambulance Service
PO Box 659
Dolton IL 60419

Chase/Bank One
PO Box 15153
Wilmington, DE 19886-5153

Activity Collection Service, In
664 Milwaukee Ave
Prospect Heights, IL 60070

Calumet City Fire Department
PO Box 457
Wheeling IL 60090

Chase/First USA/Bank One
201 N Walnut St
Mailstop DE1-1027
Wilmington, DE 19801

Advocate Christ Medical Center
4440 West 95th Street
Oak Lawn, IL 60453

Capital Management Services, LP
726 Exchange Street, suite 700
Buffalo, NY 14210

Clerk of the Circuit Court
Skokie-2nd Municipal Dist.
5600 Old Orchard Road
Skokie IL 60077.1084

Advocate MSO Services
701 Lee Street
Des Plaines IL 60016

CBCS 21
PO Box 2334
Columbus, OH 43216-3250

Collection Company of
700 Longwater Drive
Norwell MA 02061

Alpine Capital Inv
c/o Albert Law Firm
205 W. Randolph, Ste 920
Chicago IL 60606

CCB Credit Services Inc.
PO Box 272
Springfield IL 62705.0272

Collection Recovery Bureau
1416 S Main St
Adrian MI 49221

AmSher Collection Service
600 Beacon Pkwy West, Suite 300
Birmingham AL 35209

Charge Me Later
PO Box 1551
Secaucus NJ 07096.1551

Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002

Assoc Cardiovascular Physicians
PO Box 5940
Dept 20 1119
Carol Stream IL 60197-5940

Chase
800 Brooksedge Blvd
Westerville, OH 43081

Computer Credit Service Corp.
PO Box 60201
Chicago IL 60660

Attorney Arnold Scott Harris
600 W Jackson Blvd, Ste 720
Chicago, IL 60661

Chase
Bank One Card Service
800 Brooksedge Blvd.
Westerville OH 43081

CRB
5834 Monroe Ave, Ste A142
Sylvania OH 43560

Bally Total Fitness
12440 E. Imperial Hwy, Ste 3
Norwalk CA 90650.8309

Chase
201 N Walnut St
Mailstop DE1-1027
Wilmington, DE 19801

Credit Collection Services
Two Wells Ave
Dept. AMFA
Newton, MA 02459

Bank of America
PO Box 17054
Wilmington, DE 19884

Chase/Bank One
800 Brooksedge Blvd
Westerville, OH 43081

Credit Max LLC
625 N Flagler Drive, Suite #6
West Palm Beach FL 33401

Credit Protection Association,
13355 Noel Rd
Dallas, TX 75240

Harris and Harris LTD
222 Merchandise Mart Plaza, Su
Chicago, IL 60654

Leading Edge Recovery Solutio
5440 N Cumberland Ave, Ste 30
Chicago, IL 60656-1490

Dependon Collection Service
120 W 22nd St Ste 360
Oak Brook IL 60523

HCS - Healthcare Collection Ser
PO Box 298
Norwell MA 02061.0298

Linebarger Goggan Blair & Sam
Attorney at Law
PO Box 06268
Chicago, IL 60606-0268

Discover Card
PO Box 30395
Salt Lake City, UT 84130-0395

Heller and Frisone, Ltd.
33 North Lasalle St, Suite 1200
Chicago IL 60602

Lou Harris Company
613 Academy Drive
PO Box 977
Northbrook IL 60062

Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE 19850

Hometown Fire Protection Distri
4301 Southwest Highway
Hometown IL 60456.1110

Medical Recovery Specialists,
2250 E Devon Ave, #352
Des Plaines, IL 60018-4519

Dr. Aamir Safdar
7425 Janes Avenue Ste 200
Woodridge IL 60517

HSBC BANK
PO Box 5253
Carol Stream IL 60197

Merchants' Credit Guide Co.
223 W Jackson Blvd.
Chicago, IL 60606

Encore Receivable Managment Inc
400 N Rogers Road
PO Box 3330
Olathe KS 66063.3330

HSBC BANK
1441 SCHILLING PLACE
SALINAS, CA 93901

Midstate Collection Solutions
PO Box 3292
Champaign IL 61826.3292

Encore Receivable Managment Inc
PO Box 3330
Olathe KS 66063.3330

Illinois Collection Services
3101 W 95th St
Evergreen Park, IL 60805

Midwest Diagnostic Pathology,
75 Remittance Dr, #3070
Chicago, IL 60675-3070

ER Solutions, Inc
800 SW 39th St
PO Box 9004
Renton, WA 98057

Integrity Financial Partners, I
4370 W. 109th Street, Suite 100
Overland Park KS 66211

Midwest Emergency Associates
Dept 20.6000
PO Box 5990
Carol Stream IL 60197

GC Services Limited Partnership
PO Box 32500
Columbus OH 43232.0500

John H Stroger, Jr. Hosp of Coo
PO Box 70121
Chicago, IL 60673-5698

MRSI
2350 E Devon Avenue, Ste 225
Des Plaines IL 60018

Gottlieb Memorial Hospital
701 W. North Avenue
Melrose Park IL 60160

KCA Financial Svcs
628 North St
Geneva, IL 60134

Municipal Collection Services
PO Box 666
Lansing IL 60438

National Action Financial Servi
165 Lawrence Bell, Suite 100
PO Box 9027
Williamsville NY 14231.9027

Palos Pathology Associates, Ltd
520 E 22nd Street
Lombard IL 60148

RPM - Receivables Perfomance
10413 Beardslee Blvd
Bothell WA 98011

National Student Loan
1300 O Street
Lincoln NE 68508

PFG of Minnesota
7825 Washington Ave S Ste 310
Minneapolis MN 55439.2409

RPM - Receivables Perfomance
1930 220th St SE
Suite 101
Bothell, WA 98021

National Student Loan
PO Box 82507
Lincoln NE 68501.2507

Portfolio Recovery Associates
120 Corporate Boulevard
Suite 100
Norfolk, VA 23502

Sallie Mae
1002 Arthur Drive
Lynn Haven FL 32444

North Palos Fire Prot Dist N
10629 South Roberts Road
Palos Hills IL 60465

RCVL Per Mng
1930 220th St SE
Suite 101
Bothell, WA 98021

Sentry Credit, Inc.
2809 Grand Avenue
Everett WA 98201

Northlake Fire Protection Dist
PO Box 1368
Elmhurst IL 60126

Redline Recovery Services, LLC
1145 Sanctuary Pkwy Ste 350
Alpharetta, GA 30009-4756

Student Loan Finance Corp
105 1st Ave SW
Aberdeen SD 57401

Northwest Collectors
3601 Algonquin Rd, Suite 50
Rolling Meadows, IL 60008

Resurgence Financial LLC
4100 Commercial Avenue
Northbrook IL 60062

Student Loan Finance Corporat
105 First Ave SW
Aberdeen SD 57401.4104

Northwest Collectors Inc.
3601 Algonquin Rd, Suite 50
Rolling Meadows, IL 60008

Riveredge Hospital/ MSC 410116
PO Box 415000
Nashville TN 37241.5000

Superior Air Ground Amb Serv
PO Box 1407
Elmhurst, IL 60126

Orchard Bank
c/o HSBC Bank Nevada
1111 Town Center Drive
Las Vegas NV 89144

RJM Acquisitions, LLC
575 Underhill Blvd Suite 224
Syosset NY 11791.3416

Superior Asset Management, In
1000 Abernathy Road
Suite 165
Atlanta GA 30328

Palos Community Hospital
12251 S 80th Avenue
Palos Heights IL 60463.1256

RJM Pathology Consultants, Ltc.
34520 Eagle Way
Chicago IL 60678

T Mobile
PO Box 742596
Cincinnati, OH 45274-2596

Palos Emergency Med Services, L
9944 South Roberts Road
Suite 204
Palos Hills IL 60465

RMI/MCSI
PO Box 666
Lansing, IL 60438

Tate & Kirlin Associates
2810 Southampton Rd
Philadelphia, PA 19154

TCF National Bank
800 Burr Ridge Pkwy
Burr Ridge IL 60527


Trace Ambulance Inc
PO Box 264
Bedford Park IL 60499


Unifund CCR Partners
10625 Techwoods Circle
Cincinnati, OH 45242


US Cellular/Chicago/NW IN 869
PO Box 7835
Madison WI 53707.7835


Valentine & Kebartas, Inc.
PO Box 325
Lawrence MA 01842-0625


Victoria Munoz
11311 Moraine Dr Apt K
Palos Hills IL 60465.2666


Washington Mutual
PO Box 2439
Chatsworth CA 91313.2437

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Antonio Christopher Munoz**

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

### Exemption Totals by Category:

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| N/A | Real Property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1. | Cash on hand. | $50.00 | $0.00 | $50.00 | $0.00 | $50.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Wearing apparel. | $800.00 | $800.00 | $0.00 | $0.00 | $0.00 |
| 7. | Furs and jewelry. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Stock and interests in incorporated... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Copyright 1996-2009, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Antonio Christopher Munoz**

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

### Exemption Totals by Category:

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No: | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|-----------------------|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles... | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | $1,200.00 | $1,150.00 | $50.00 | $0.00 | $50.00 |

### Surrendered Property:

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---------------------|--------------|------|--------|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

### Non-Exempt Property by Item:

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---------------------|--------------|------|--------|-------------------|
| **Real Property** | | | | |
| (None) | | | | |

*Copyright 1996-2009, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Antonio Christopher Munoz**

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Personal Property**

| | | | | |
|---|---|---|---|---|
| Cash | $50.00 | | $50.00 | $50.00 |
| **TOTALS:** | **$50.00** | **$0.00** | **$50.00** | **$50.00** |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$1,200.00** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$1,200.00** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$1,150.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$1,150.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$50.00** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$50.00** |
| J. Total Exemptions Claimed | **$0.00** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$50.00** |

*Copyright 1996-2009, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

Academy Collection Service,
Inc.
10965 Decatur Road
Philadelphia, PA 19154.3210

Activity Collection Service,
Inc.
664 Milwaukee Ave
Prospect Heights, IL 60070

Advocate Christ Medical Center
4440 West 95th Street
Oak Lawn, IL 60453

Advocate MSO Services
701 Lee Street
Des Plaines IL 60016

Alpine Capital Inv
c/o Albert Law Firm
205 W. Randolph, Ste 920
Chicago IL 60606

AmSher Collection Service
600 Beacon Pkwy West, Suite
300
Birmingham AL 35209

Assoc Cardiovascular
Physicians, S.C.
PO Box 5940
Dept 20 1119
Carol Stream IL 60197-5940

Attorney Arnold Scott Harris
600 W Jackson Blvd, Ste 720
Chicago, IL 60661

Bally Total Fitness
12440 E. Imperial Hwy, Ste 3
Norwalk CA 90650.8309

Bank of America
PO Box 17054
Wilmington, DE 19884

Bud's Ambulance Service
PO Box 659
Dolton IL 60419

Calumet City Fire Department
PO Box 457
Wheeling IL 60090

Capital Management Services,
LP
726 Exchange Street, suite 700
Buffalo, NY 14210

CBCS 21
PO Box 2334
Columbus, OH 43216~3250

CCB Credit Services Inc.
PO Box 272
Springfield IL 62705.0272

Charge Me Later
PO Box 1551
Secaucus NJ 07096.1551

Chase
800 Brooksedge Blvd
Westerville, OH 43081

Chase
Bank One Card Service
800 Brooksedge Blvd.
Westerville OH 43081

Chase
201 N Walnut St
Mailstop DE1-1027
Wilmington, DE 19801

Chase/Bank One
800 Brooksedge Blvd
Westerville, OH 43081

Chase/Bank One
PO Box 15153
Wilmington, DE 19886-5153

Chase/First USA/Bank One
201 N Walnut St
Mailstop DE1-1027
Wilmington, DE 19801

Clerk of the Circuit Court
Skokie-2nd Municipal Dist.
5600 Old Orchard Road
Skokie IL 60077.1084

Collection Company of
700 Longwater Drive
Norwell MA 02061

Collection Recovery Bureau
1416 S Main St
Adrian MI 49221

Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002

Computer Credit Service Corp.
PO Box 60201
Chicago IL 60660

CRB
5834 Monroe Ave, Ste A142
Sylvania OH 43560

Credit Collection Services
Two Wells Ave
Dept. AMFA
Newton, MA 02459

Credit Max LLC
625 N Flagler Drive, Suite #
625
West Palm Beach FL 33401

Credit Protection Association,
L.P.
13355 Noel Rd
Dallas, TX 75240

Harris and Harris LTD
222 Merchandise Mart Plaza,
Suite 1900
Chicago, IL 60654

Leading Edge Recovery
Solutions
5440 N Cumberland Ave, Ste 30
Chicago, IL 60656-1490

Dependon Collection Service
120 W 22nd St Ste 360
Oak Brook IL 60523

HCS - Healthcare Collection
Services
PO Box 298
Norwell MA 02061.0298

Lineberger Goggan Blair &
Sampson, LLP
Attorney at Law
PO Box 06268
Chicago, IL 60606-0268

Discover Card
PO Box 30395
Salt Lake City, UT 84130-0395

Heller and Frisone, Ltd.
33 North Lasalle St, Suite
1200
Chicago IL 60602

Lou Harris Company
613 Academy Drive
PO Box 977
Northbrook IL 60062

Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE 19850

Hometown Fire Protection
District
4301 Southwest Highway
Hometown IL 60456.1110

Medical Recovery Specialists,
Inc
2250 E Devon Ave, #352
Des Plaines, IL 60018-4519

Dr. Aamir Safdar
7425 Janes Avenue Ste 200
Woodridge IL 60517

HSBC BANK
PO Box 5253
Carol Stream IL 60197

Merchants' Credit Guide Co.
223 W Jackson Blvd.
Chicago, IL 60606

Encore Receivable Managment
Inc.
400 N Rogers Road
PO Box 3330
Olathe KS 66063.3330

HSBC BANK
1441 SCHILLING PLACE
SALINAS, CA 93901

Midstate Collection Solutions
Inc.
PO Box 3292
Champaign IL 61826.3292

Encore Receivable Managment
Inc.
PO Box 3330
Olathe KS 66063.3330

Illinois Collection Services
3101 W 95th St
Evergreen Park, IL 60805

Midwest Diagnostic Pathology,
SC
75 Remittance Dr, #3070
Chicago, IL 60675-3070

ER Solutions, Inc
800 SW 39th St
PO Box 9004
Renton, WA 98057

Integrity Financial Partners,
Inc.
4370 W. 109th Street, Suite
100
Overland Park KS 66211

Midwest Emergency Associates
Dept 20.6000
PO Box 5990
Carol Stream IL 60197

GC Services Limited
Partnership
PO Box 32500
Columbus OH 43232.0500

John H Stroger, Jr. Hosp of
Cook County
PO Box 70121
Chicago, IL 60673-5698

MRSI
2350 E Devon Avenue, Ste 225
Des Plaines IL 60018

Gottlieb Memorial Hospital
701 W. North Avenue
Melrose Park IL 60160

KCA Financial Svcs
628 North St
Geneva, IL 60134

Municipal Collection Services
Inc
PO Box 666
Lansing IL 60438

National Action Financial
Services, Inc.
165 Lawrence Bell, Suite 100
PO Box 9027
Williamsville NY 14231.9027

Palos Pathology Associates,
Ltd.
520 E 22nd Street
Lombard IL 60148

RPM - Receivables Perfomance
Mngm LLC
10413 Beardslee Blvd
Bothell WA 98011

National Student Loan
1300 O Street
Lincoln NE 68508

PFG of Minnesota
7825 Washington Ave S Ste 310
Minneapolis MN 55439.2409

RPM - Receivables Perfomance
Mngm LLC
1930 220th St SE
Suite 101
Bothell, WA 98021

National Student Loan
PO Box 82507
Lincoln NE 68501.2507

Portfolio Recovery Associates
120 Corporate Boulevard
Suite 100
Norfolk, VA 23502

Sallie Mae
1002 Arthur Drive
Lynn Haven FL 32444

North Palos Fire Prot Dist N
10629 South Roberts Road
Palos Hills IL 60465

RCVL Per Mng
1930 220th St SE
Suite 101
Bothell, WA 98021

Sentry Credit, Inc.
2809 Grand Avenue
Everett WA 98201

Northlake Fire Protection Dist
PO Box 1368
Elmhurst IL 60126

Redline Recovery Services, LLC
1145 Sanctuary Pkwy Ste 350
Alpharetta, GA 30009-4756

Student Loan Finance Corp
105 1st Ave SW
Aberdeen SD 57401

Northwest Collectors
3601 Algonquin Rd, Suite 50
Rolling Meadows, IL 60008

Resurgence Financial LLC
4100 Commercial Avenue
Northbrook IL 60062

Student Loan Finance
Corporation
105 First Ave SW
Aberdeen SD 57401.4104

Northwest Collectors Inc.
3601 Algonquin Rd, Suite 50
Rolling Meadows, IL 60008

Riveredge Hospital/ MSC 410116
PO Box 415000
Nashville TN 37241.5000

Superior Air Ground Amb Serv
PO Box 1407
Elmhurst, IL 60126

Orchard Bank
c/o HSBC Bank Nevada
1111 Town Center Drive
Las Vegas NV 89144

RJM Acquisitions, LLC
575 Underhill Blvd Suite 224
Syosset NY 11791.3416

Superior Asset Management,
Inc.
1000 Abernathy Road
Suite 165
Atlanta GA 30328

Palos Community Hospital
12251 S 80th Avenue
Palos Heights IL 60463.1256

RJM Pathology Consultants,
Ltc.
34520 Eagle Way
Chicago IL 60678

T Mobile
PO Box 742596
Cincinnati, OH 45274-2596

Palos Emergency Med Services,
Ltd.
9944 South Roberts Road
Suite 204
Palos Hills IL 60465

RMI/MCSI
PO Box 666
Lansing, IL 60438

Tate & Kirlin Associates
2810 Southampton Rd
Philadelphia, PA 19154

TCF National Bank
800 Burr Ridge Pkwy
Burr Ridge IL 60527


Trace Ambulance Inc
PO Box 264
Bedford Park IL 60499


Unifund CCR Partners
10625 Techwoods Circle
Cincinnati, OH 45242


US Cellular/Chicago/NW IN 869
PO Box 7835
Madison WI 53707.7835


Valentine & Kebartas, Inc.
PO Box 325
Lawrence MA 01842-0625


Victoria Munoz
11311 Moraine Dr Apt K
Palos Hills IL 60465.2666


Washington Mutual
PO Box 2439
Chatsworth CA 91313.2437

# UNITED STATES BANKRUPTCY COURT FOR THE

*NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION (CHICAGO)*

In re:                                    Case No.:
**Antonio Christopher Munoz**                    SSN:   xxx-xx-0699

_____          SSN:
Debtor(s)                                **Numbered Listing of Creditors**
Address:
**11311 Moraine Drive, Unit K**               Chapter:   **7**
**Palos Hills IL 60465**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.   Academy Collection Service, Inc.<br>10965 Decatur Road<br>Philadelphia, PA 19154.3210<br>xxxxxxxxxxxx3912 | Unsecured Claim | $4,556.13 |
| 2.   Activity Collection Service, Inc.<br>664 Milwaukee Ave<br>Prospect Heights, IL 60070<br>x1893 | Unsecured Claim | $321.00 |
| 3.   Advocate Christ Medical Center<br>4440 West 95th Street<br>Oak Lawn, IL 60453<br>xxxxx2619 | Unsecured Claim | $2,653.60 |
| 4.   Advocate Christ Medical Center<br>4440 West 95th Street<br>Oak Lawn, IL 60453<br>xxxxxx0404 | Unsecured Claim | $425.00 |
| 5.   Advocate Christ Medical Center<br>4440 West 95th Street<br>Oak Lawn, IL 60453<br>xxxxxxx xunoz | Unsecured Claim | $300.00 |
| 6.   Advocate MSO Services<br>701 Lee Street<br>Des Plaines IL 60016<br>xxxxxx0404 | Unsecured Claim | $725.00 |

in re:  **Antonio Christopher Munoz**

| Creditor name and mailing address | Category of claim | Case No. (if known) |
|---|---|---|
| | | Amount of claim |
| 7.   Alpine Capital Inv<br>c/o Albert Law Firm<br>205 W. Randolph, Ste 920<br>Chicago IL 60606<br>xxxx xxxxxx3163 | Unsecured Claim | $7,237.34 |
| 8.   AmSher Collection Service<br>600 Beacon Pkwy West, Suite 300<br>Birmingham AL 35209<br>xxx0610 | Unsecured Claim | $925.00 |
| 9.   Assoc Cardiovascular Physicians, S.C.<br>PO Box 5940<br>Dept 20 1119<br>Carol Stream IL 60197-5940<br>xx4717 | Unsecured Claim | $25.00 |
| 10.   Attorney Arnold Scott Harris<br>600 W Jackson Blvd, Ste 720<br>Chicago, IL 60661<br>xxxx.xx.xx.xx.28.27 | Unsecured Claim | $158.60 |
| 11.   Bally Total Fitness<br>12440 E. Imperial Hwy, Ste 3<br>Norwalk CA 90650.8309<br>xxxxxxxxx4009 | Unsecured Claim | $1,588.30 |
| 12.   Bank of America<br>PO Box 17054<br>Wilmington, DE 19884<br>xxxx-xxxx-xxxx-5897 | Unsecured Claim | $200.00 |
| 13.   Bank of America<br>PO Box 17054<br>Wilmington, DE 19884<br>xxx9991 | Unsecured Claim | $277.40 |
| 14.   Bud's Ambulance Service<br>PO Box 659<br>Dolton IL 60419<br>xxxx3143 | Unsecured Claim | $551.50 |
| 15.   Calumet City Fire Department<br>PO Box 457<br>Wheeling IL 60090<br>x9090 | Unsecured Claim | $554.50 |

Debtor

in re:  **Antonio Christopher Munoz**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 16. Capital Management Services, LP<br>726 Exchange Street, suite 700<br>Buffalo, NY 14210<br>xxxx-xxxx-xxxx-3946 | Unsecured Claim | $2,305.66 |
| 17. Capital Management Services, LP<br>726 Exchange Street, suite 700<br>Buffalo, NY 14210<br>xxxx-xxxx-xxxx-3912 | Unsecured Claim | $4,556.13 |
| 18. Capital Management Services, LP<br>726 Exchange Street, Suite 700<br>Buffalo, NY 14210<br>xxxxxxxxxxxxxx7899 | Unsecured Claim | $326.38 |
| 19. Capital Management Services, LP<br>726 Exchange Street, Suite 700<br>Buffalo, NY 14210<br>xxxx-xxxx-xxxx-3722 | Unsecured Claim | $3,406.39 |
| 20. CBCS 21<br>PO Box 2334<br>Columbus, OH 43216-3250<br>xxxxxxx1993 | Unsecured Claim | $3,488.36 |
| 21. CCB Credit Services Inc.<br>PO Box 272<br>Springfield IL 62705.0272<br>xx9738 | Unsecured Claim | $536.66 |
| 22. Charge Me Later<br>PO Box 1551<br>Secaucus NJ 07096.1551<br>xx8455 | Unsecured Claim | $119.00 |
| 23. Charge Me Later<br>PO Box 1551<br>Secaucus NJ 07096.1551<br>xxxxxx2892 | Unsecured Claim | $29.99 |
| 24. Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081<br>xxxx-xxxx-xxxx-6946 | Unsecured Claim | $1,653.00 |

in re:  **Antonio Christopher Munoz**

| | | | |
|---|---|---|---|
| | Debtor | | Case No. (if known) |

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25.  Chase<br>Bank One Card Service<br>800 Brooksedge Blvd.<br>Westerville OH 43081<br>xxxx-xxxx-xxxx-0320 | Unsecured Claim | $5,675.00 |
| 26.  Chase<br>201 N Walnut St<br>Mailstop DE1-1027<br>Wilmington, DE 19801<br>xxxx-xxxx-xxxx-3946 | Unsecured Claim | $2,305.66 |
| 27.  Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081<br>xxxxxxxxxxxx0262 | Unsecured Claim | $3,000.00 |
| 28.  Chase/Bank One<br>800 Brooksedge Blvd<br>Westerville, OH 43081<br>xxxx-xx10-37 | Unsecured Claim | $4,000.00 |
| 29.  Chase/Bank One<br>PO Box 15153<br>Wilmington, DE 19886-5153<br>xxxxx7899 | Unsecured Claim | $326.38 |
| 30.  Chase/First USA/Bank One<br>201 N Walnut St<br>Mailstop DE1-1027<br>Wilmington, DE 19801<br>xxxx-xxxx-xxxx-3912 | Unsecured Claim | $4,556.13 |
| 31.  Clerk of the Circuit Court<br>Skokie-2nd Municipal Dist.<br>5600 Old Orchard Road<br>Skokie IL 60077.1084<br>xxxx5562 | Unsecured Claim | $130.00 |
| 32.  Collection Company of<br>700 Longwater Drive<br>Norwell MA 02061<br>xxxx2301 | Unsecured Claim | $3,619.00 |
| 33.  Collection Company of<br>700 Longwater Drive<br>Norwell MA 02061<br>xxxx2001 | Unsecured Claim | $2,653.00 |

in re:   **Antonio Christopher Munoz**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34.  Collection Company of<br>700 Longwater Drive<br>Norwell MA 02061<br>xxx6116 | Unsecured Claim | $610.00 |
| 35.  Collection Recovery Bureau<br>1416 S Main St<br>Adrian MI 49221<br>xx8455 | Unsecured Claim | $119.00 |
| 36.  Comcast Cable<br>PO Box 3002<br>Southeastern, PA 19398-3002<br>xxxxxxxx.xxxx6247 | Unsecured Claim | $351.97 |
| 37.  Computer Credit Service Corp.<br>PO Box 60201<br>Chicago IL 60660<br>xx1541 | Unsecured Claim | $8,840.00 |
| 38.  CRB<br>5834 Monroe Ave, Ste A142<br>Sylvania OH 43560<br>xx8455 | Unsecured Claim | $119.00 |
| 39.  Credit Collection Services<br>Two Wells Ave<br>Dept. AMFA<br>Newton, MA 02459<br>xxxxxxx5338 | Unsecured Claim | $319.83 |
| 40.  Credit Max LLC<br>625 N Flagler Drive, Suite #625<br>West Palm Beach FL 33401<br>xxxxxx - x. xunoz | Unsecured Claim | $5,675.05 |
| 41.  Credit Protection Association, L.P.<br>13355 Noel Rd<br>Dallas, TX 75240<br>xxxxxxxxxxxx6247 | Unsecured Claim | $351.97 |
| 42.  Dependon Collection Service<br>120 W 22nd St Ste 360<br>Oak Brook IL 60523<br>xxxxxxxx4520 | Unsecured Claim | $552.00 |

in re:   **Antonio Christopher Munoz**

_____

| Debtor | | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 43.   Discover Card<br>PO Box 30395<br>Salt Lake City, UT 84130-0395<br>xxxx-xxxx-xxxx-0883 | Unsecured Claim | $2,600.00 |
| 44.   Discover Card<br>PO Box 30395<br>Salt Lake City, UT 84130-0395<br>xxxx-xxxx-xxxx-7376 | Unsecured Claim | $2,753.32 |
| 45.   Discover Card<br>PO Box 30395<br>Salt Lake City, UT 84130-0395<br>xxxx-xxxx-xxxx-4196 | Unsecured Claim | $2,575.43 |
| 46.   Discover Fin Svcs LLC<br>PO Box 15316<br>Wilmington, DE 19850<br>xxxx-xxxx-xxxx-3722 | Unsecured Claim | $3,406.39 |
| 47.   Dr. Aamir Safdar<br>7425 Janes Avenue Ste 200<br>Woodridge IL 60517<br>xxxxxxx6203 | Unsecured Claim | $290.00 |
| 48.   Encore Receivable Managment Inc.<br>400 N Rogers Road<br>PO Box 3330<br>Olathe KS 66063.3330<br>xxx1457 | Unsecured Claim | $3,406.39 |
| 49.   Encore Receivable Managment Inc.<br>PO Box 3330<br>Olathe KS 66063.3330<br>xxxx-xxxx-xxxx-3946 | Unsecured Claim | $2,305.66 |
| 50.   ER Solutions, Inc<br>800 SW 39th St<br>PO Box 9004<br>Renton, WA 98057<br>x.xxx7674 | Unsecured Claim | $192.91 |
| 51.   GC Services Limited Partnership<br>PO Box 32500<br>Columbus OH 43232.0500<br>xx0195 | Unsecured Claim | $1,241.81 |

in re:  **Antonio Christopher Munoz**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 52. Gottlieb Memorial Hospital<br>701 W. North Avenue<br>Melrose Park IL 60160<br>xxxxx6251 | Unsecured Claim | $9,966.75 |
| 53. Harris and Harris LTD<br>222 Merchandise Mart Plaza, Suite 1900<br>Chicago, IL 60654<br>xxxxxx7515 | Unsecured Claim | $2,015.01 |
| 54. HCS - Healthcare Collection Services<br>PO Box 298<br>Norwell MA 02061.0298<br>xxxxx6116 | Unsecured Claim | $1,160.00 |
| 55. Heller and Frisone, Ltd.<br>33 North Lasalle St, Suite 1200<br>Chicago IL 60602<br>xxxxx9472 | Unsecured Claim | $104.04 |
| 56. Hometown Fire Protection District<br>4301 Southwest Highway<br>Hometown IL 60456.1110<br>xxxxxxx xunoz | Unsecured Claim | $406.25 |
| 57. HSBC BANK<br>PO Box 5253<br>Carol Stream IL 60197<br>xxxx-xxxx-xxxx-9987 | Unsecured Claim | $559.00 |
| 58. HSBC BANK<br>1441 SCHILLING PLACE<br>SALINAS, CA 93901<br>xxxx-xxxx-xxxx-2944 | Unsecured Claim | $564.00 |
| 59. Illinois Collection Services<br>3101 W 95th St<br>Evergreen Park, IL 60805<br>xxx9211 | Unsecured Claim | $725.00 |
| 60. Integrity Financial Partners, Inc.<br>4370 W. 109th Street, Suite 100<br>Overland Park KS 66211<br>xxx3999 | Unsecured Claim | $67.93 |

in re:   **Antonio Christopher Munoz**

| | Debtor | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 61.  John H Stroger, Jr. Hosp of Cook County<br>PO Box 70121<br>Chicago, IL 60673-5698<br>xxxxx5027 | Unsecured Claim | $641.40 |
| 62.  KCA Financial Svcs<br>628 North St<br>Geneva, IL 60134<br>xxx5087 | Unsecured Claim | $401.00 |
| 63.  Leading Edge Recovery Solutions<br>5440 N Cumberland Ave, Ste 300<br>Chicago, IL 60656-1490<br>xxx2405 | Unsecured Claim | $326.38 |
| 64.  Linebarger Goggan Blair & Sampson, LLP<br>Attorney at Law<br>PO Box 06268<br>Chicago, IL 60606-0268<br>xxxxx5027 | Unsecured Claim | $641.40 |
| 65.  Lou Harris Company<br>613 Academy Drive<br>PO Box 977<br>Northbrook IL 60062<br>xx3529 | Unsecured Claim | $497.00 |
| 66.  Medical Recovery Specialists, Inc<br>2250 E Devon Ave, #352<br>Des Plaines, IL 60018-4519<br>xxx9057 | Unsecured Claim | $589.83 |
| 67.  Medical Recovery Specialists, Inc<br>2250 E Devon Ave, #352<br>Des Plaines, IL 60018-4519<br>xxx8012 | Unsecured Claim | $589.68 |
| 68.  Merchants' Credit Guide Co.<br>223 W Jackson Blvd.<br>Chicago, IL 60606<br>xxxxxx0382 | Unsecured Claim | $368.00 |
| 69.  Midstate Collection Solutions, Inc.<br>PO Box 3292<br>Champaign IL 61826.3292<br>xxxxxxxx3595 | Unsecured Claim | $2,128.00 |

in re:   **Antonio Christopher Munoz**

_____

Debtor

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 70. Midwest Diagnostic Pathology, SC<br>75 Remittance Dr, #3070<br>Chicago, IL 60675-3070<br>xxx.x.xxxxxx7830 | Unsecured Claim | $51.00 |
| 71. Midwest Diagnostic Pathology, SC<br>75 Remittance Dr, #3070<br>Chicago, IL 60675-3070<br>xxx.x.xxxxxx1936 | Unsecured Claim | $51.00 |
| 72. Midwest Emergency Associates<br>Dept 20.6000<br>PO Box 5990<br>Carol Stream IL 60197<br>x.xxxxxxx.01.01 | Unsecured Claim | $428.00 |
| 73. MRSI<br>2350 E Devon Avenue, Ste 225<br>Des Plaines IL 60018<br>xxx8012 | Unsecured Claim | $589.00 |
| 74. MRSI<br>2350 E Devon Avenue, Ste 225<br>Des Plaines IL 60018<br>xxx9057 | Unsecured Claim | $589.00 |
| 75. Municipal Collection Services Inc<br>PO Box 666<br>Lansing IL 60438<br>xxx8935 | Unsecured Claim | $554.50 |
| 76. National Action Financial Services, Inc.<br>165 Lawrence Bell, Suite 100<br>PO Box 9027<br>Williamsville NY 14231.9027<br>xxxx-xxxx-xxxx-3946 | Unsecured Claim | $2,305.66 |
| 77. National Student Loan<br>1300 O Street<br>Lincoln NE 68508<br>xxxxxxxxxxx1582 | Unsecured Claim | $970.00 |
| 78. National Student Loan<br>PO Box 82507<br>Lincoln NE 68501.2507<br>xxxxxxxxxxx1582 | Unsecured Claim | $970.00 |

Case No. (if known)

in re:  **Antonio Christopher Munoz**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 79. North Palos Fire Prot Dist N<br>10629 South Roberts Road<br>Palos Hills IL 60465<br>xxxxN000 | Unsecured Claim | $785.00 |
| 80. Northlake Fire Protection Dist<br>PO Box 1368<br>Elmhurst IL 60126<br>xx x6227 | Unsecured Claim | $1,551.00 |
| 81. Northwest Collectors<br>3601 Algonquin Rd, Suite 50<br>Rolling Meadows, IL 60008<br>xxxxxx0066 | Unsecured Claim | $715.00 |
| 82. Northwest Collectors<br>3601 Algonquin Rd, Suite 50<br>Rolling Meadows, IL 60008<br>xxx6116 | Unsecured Claim | $610.00 |
| 83. Northwest Collectors Inc.<br>3601 Algonquin Rd, Suite 50<br>Rolling Meadows, IL 60008<br>xxxxxx5910 | Unsecured Claim | $406.25 |
| 84. Orchard Bank<br>c/o HSBC Bank Nevada<br>1111 Town Center Drive<br>Las Vegas NV 89144<br>xxxx-xxxx-xxxx-9987 | Unsecured Claim | $475.41 |
| 85. Palos Community Hospital<br>12251 S 80th Avenue<br>Palos Heights IL 60463.1256<br>xxxxxx7515 | Unsecured Claim | $3,358.35 |
| 86. Palos Community Hospital<br>12251 S 80th Avenue<br>Palos Heights IL 60463.1256<br>xxxxx3043 | Unsecured Claim | $50.00 |
| 87. Palos Emergency Med Services, Ltd.<br>9944 South Roberts Road<br>Suite 204<br>Palos Hills IL 60465<br>xxx965.0 | Unsecured Claim | $368.00 |

in re:   **Antonio Christopher Munoz**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 88.  Palos Pathology Associates, Ltd.<br>520 E 22nd Street<br>Lombard IL 60148<br>xxx.x.xxxxxx1045 | Unsecured Claim | $69.00 |
| 89.  PFG of Minnesota<br>7825 Washington Ave S Ste 310<br>Minneapolis MN 55439.2409<br>xxG698 | Unsecured Claim | $192.91 |
| 90.  Portfolio Recovery Associates<br>120 Corporate Boulevard<br>Suite 100<br>Norfolk, VA 23502<br>xxxxx8708 | Unsecured Claim | $246.00 |
| 91.  RCVL Per Mng<br>1930 220th St SE<br>Suite 101<br>Bothell, WA 98021<br>xxx0965 | Unsecured Claim | $537.00 |
| 92.  Redline Recovery Services, LLC<br>1145 Sanctuary Pkwy Ste 350<br>Alpharetta, GA 30009-4756<br>xxxx6272 | Unsecured Claim | $3,406.39 |
| 93.  Resurgence Financial LLC<br>4100 Commercial Avenue<br>Northbrook IL 60062<br>xxxx xxxxxx2969 | Unsecured Claim | $7,539.13 |
| 94.  Riveredge Hospital/ MSC 410116<br>PO Box 415000<br>Nashville TN 37241.5000<br>xxx7643 | Unsecured Claim | $8,840.00 |
| 95.  RJM Acquisitions, LLC<br>575 Underhill Blvd Suite 224<br>Syosset NY 11791.3416<br>xxxxxxxxxx1441 | Unsecured Claim | $192.00 |
| 96.  RJM Pathology Consultants, Ltc.<br>34520 Eagle Way<br>Chicago IL 60678<br>xxxx.xxxxx33.01 | Unsecured Claim | $304.00 |

in re:   **Antonio Christopher Munoz**

_____

Debtor

| Creditor name and mailing address | Category of claim | Case No. (if known) |
|---|---|---|
| | | Amount of claim |
| 97.   RMI/MCSI<br>PO Box 666<br>Lansing, IL 60438<br>xxx8935 | Unsecured Claim | $554.00 |
| 98.   RPM - Receivables Perfomance Mngm LLC<br>10413 Beardslee Blvd<br>Bothell WA 98011<br>xxx0965 | Unsecured Claim | $537.00 |
| 99.   RPM - Receivables Perfomance Mngm LLC<br>1930 220th St SE<br>Suite 101<br>Bothell, WA 98021<br>xxxx9844 | Unsecured Claim | $559.70 |
| 100.   Sallie Mae<br>1002 Arthur Drive<br>Lynn Haven FL 32444<br>xxxxxxxxxxxxxx2004 | Unsecured Claim | $12,700.00 |
| 101.   Sentry Credit, Inc.<br>2809 Grand Avenue<br>Everett WA 98201<br>xxxxxx-xxxxxxx xunoz | Unsecured Claim | $5,675.05 |
| 102.   Student Loan Finance Corp<br>105 1st Ave SW<br>Aberdeen SD 57401<br>xxxxxxxx9501 | Unsecured Claim | $1,527.00 |
| 103.   Student Loan Finance Corporation<br>105 First Ave SW<br>Aberdeen SD 57401.4104<br>xxxxxxx9901 | Unsecured Claim | $1,527.00 |
| 104.   Superior Air Ground Amb Serv<br>PO Box 1407<br>Elmhurst, IL 60126<br>xx.x5473 | Unsecured Claim | $572.34 |
| 105.   Superior Air Ground Amb Serv<br>PO Box 1407<br>Elmhurst, IL 60126<br>xx.x7937 | Unsecured Claim | $581.09 |

in re:   **Antonio Christopher Munoz**

_____

Debtor

| Creditor name and mailing address | Category of claim | Case No. (if known) |
|---|---|---|
| | | Amount of claim |
| 106.   Superior Asset Management, Inc.<br>1000 Abernathy Road<br>Suite 165<br>Atlanta GA 30328<br>xxxx0627 | Unsecured Claim | $925.18 |
| 107.   T Mobile<br>PO Box 742596<br>Cincinnati, OH 45274-2596<br>xxxxx5994 | Unsecured Claim | $925.18 |
| 108.   T Mobile<br>PO Box 742596<br>Cincinnati, OH 45274-2596<br>xxxxx3839 | Unsecured Claim | |
| 109.   Tate & Kirlin Associates<br>2810 Southampton Rd<br>Philadelphia, PA 19154<br>xxx4111 | Unsecured Claim | $569.82 |
| 110.   TCF National Bank<br>800 Burr Ridge Pkwy<br>Burr Ridge IL 60527<br>xxxxxx3490 | Unsecured Claim | $104.04 |
| 111.   Trace Ambulance Inc<br>PO Box 264<br>Bedford Park IL 60499<br>x5279 | Unsecured Claim | $610.00 |
| 112.   Unifund CCR Partners<br>10625 Techwoods Circle<br>Cincinnati, OH 45242<br>xxxx-xxxx-xxxx-3912 | Unsecured Claim | $4,951.00 |
| 113.   Unifund CCR Partners<br>10625 Techwoods Circle<br>Cincinnati, OH 45242<br>xxxx-xxxx-xxxx-3946 | Unsecured Claim | $2,505.00 |
| 114.   US Cellular/Chicago/NW IN 869<br>PO Box 7835<br>Madison WI 53707.7835<br>xxxxx8708 | Unsecured Claim | $319.83 |

in re:   **Antonio Christopher Munoz**

_____

Debtor

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 115.   Valentine & Kebartas, Inc.<br>PO Box 325<br>Lawrence MA 01842-0625<br>xxxxxxxxxxx4748 | Unsecured Claim | $319.83 |
| 116.   Washington Mutual<br>PO Box 2439<br>Chatsworth CA 91313.2437<br>xxx.xxx144.1 | Unsecured Claim | $192.91 |

Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  Antonio Christopher Munoz                                                                                       ,

named as debtor in this case, declare under penalty of perjury that I have read the foregoing   _Numbered Listing of Creditors,_
consisting of   14   sheets (including this declaration), and that it is true and correct to the best of my information and belief.
the best of my information and belief.

Debtor: _____   Date: 12/07/2009
         **Antonio Christopher Munoz**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:   **Antonio Christopher Munoz**

CASE NO.

CHAPTER   7

## Certificate of Service

---

05645-ILN-CC-008522492

| | | |
|---|---|---|
| Academy Collection Service, Inc.<br>xxxxxxxxxx3912<br>10965 Decatur Road<br>Philadelphia, PA 19154.3210 | AmSher Collection Service<br>xxx0610<br>600 Beacon Pkwy West, Suite 300<br>Birmingham AL 35209 | Calumet City Fire Department<br>x9090<br>PO Box 457<br>Wheeling IL 60090 |
| Activity Collection Service, Inc.<br>x1893<br>664 Milwaukee Ave<br>Prospect Heights, IL 60070 | Assoc Cardiovascular Physicians, S.C.<br>xx4717<br>PO Box 5940<br>Dept 20 1119<br>Carol Stream IL 60197-5940 | Capital Management Services, LP<br>xxxx-xxxx-xxxx-3946<br>726 Exchange Street, suite 700<br>Buffalo, NY 14210 |
| Advocate Christ Medical Center<br>xxxxx2619<br>4440 West 95th Street<br>Oak Lawn, IL 60453 | Attorney Arnold Scott Harris<br>xxxx.xx.xx.xx.28.27<br>600 W Jackson Blvd, Ste 720<br>Chicago, IL 60661 | Capital Management Services, LP<br>xxxx-xxxx-xxxx-3912<br>726 Exchange Street, suite 700<br>Buffalo, NY 14210 |
| Advocate Christ Medical Center<br>xxxxx0404<br>4440 West 95th Street<br>Oak Lawn, IL 60453 | Bally Total Fitness<br>xxxxxxxxx4009<br>12440 E. Imperial Hwy, Ste 3<br>Norwalk CA 90650.8309 | Capital Management Services, LP<br>xxxxxxxxxxxxxx7899<br>726 Exchange Street, Suite 700<br>Buffalo, NY 14210 |
| Advocate Christ Medical Center<br>xxxxxxx xunoz<br>4440 West 95th Street<br>Oak Lawn, IL 60453 | Bank of America<br>xxxx-xxxx-xxxx-5897<br>PO Box 17054<br>Wilmington, DE 19884 | Capital Management Services, LP<br>xxxx-xxxx-xxxx-3722<br>726 Exchange Street, Suite 700<br>Buffalo, NY 14210 |
| Advocate MSO Services<br>xxxxxx0404<br>701 Lee Street<br>Des Plaines IL 60016 | Bank of America<br>xxx9991<br>PO Box 17054<br>Wilmington, DE 19884 | CBCS 21<br>xxxxxxx1993<br>PO Box 2334<br>Columbus, OH 43216-3250 |
| Alpine Capital Inv<br>xxxx xxxxxx3163<br>c/o Albert Law Firm<br>205 W. Randolph, Ste 920<br>Chicago IL 60606 | Bud's Ambulance Service<br>xxxx3143<br>PO Box 659<br>Dolton IL 60419 | CCB Credit Services Inc.<br>xx9738<br>PO Box 272<br>Springfield IL 62705.0272 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Antonio Christopher Munoz**

CASE NO.

CHAPTER    7

## Certificate of Service

(Continuation Sheet #1)

| | | |
|---|---|---|
| Charge Me Later<br>xx8455<br>PO Box 1551<br>Secaucus NJ 07096.1551 | Chase/Bank One<br>xxxxx7899<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Comcast Cable<br>xxxxxxxx.xxxx6247<br>PO Box 3002<br>Southeastern, PA 19398-3002 |
| Charge Me Later<br>xxxxxx2892<br>PO Box 1551<br>Secaucus NJ 07096.1551 | Chase/First USA/Bank One<br>xxxx-xxxx-xxxx-3912<br>201 N Walnut St<br>Mailstop DE1-1027<br>Wilmington, DE 19801 | Computer Credit Service Corp.<br>xx1541<br>PO Box 60201<br>Chicago IL 60660 |
| Chase<br>xxxx-xxxx-xxxx-6946<br>800 Brooksedge Blvd<br>Westerville, OH 43081 | Clerk of the Circuit Court<br>xxxx5562<br>Skokie-2nd Municipal Dist.<br>5600 Old Orchard Road<br>Skokie IL 60077.1084 | CRB<br>xx8455<br>5834 Monroe Ave, Ste A142<br>Sylvania OH 43560 |
| Chase<br>xxxx-xxxx-xxxx-0320<br>Bank One Card Service<br>800 Brooksedge Blvd.<br>Westerville OH 43081 | Collection Company of<br>xxxx2301<br>700 Longwater Drive<br>Norwell MA 02061 | Credit Collection Services<br>xxxxxxx5338<br>Two Wells Ave<br>Dept. AMFA<br>Newton, MA 02459 |
| Chase<br>xxxx-xxxx-xxxx-3946<br>201 N Walnut St<br>Mailstop DE1-1027<br>Wilmington, DE 19801 | Collection Company of<br>xxxx2001<br>700 Longwater Drive<br>Norwell MA 02061 | Credit Max LLC<br>xxxxxx - x. xunoz<br>625 N Flagler Drive, Suite #625<br>West Palm Beach FL 33401 |
| Chase<br>xxxxxxxxxxxx0262<br>800 Brooksedge Blvd<br>Westerville, OH 43081 | Collection Company of<br>xxx6116<br>700 Longwater Drive<br>Norwell MA 02061 | Credit Protection Association, L.P.<br>xxxxxxxxxxxx6247<br>13355 Noel Rd<br>Dallas, TX 75240 |
| Chase/Bank One<br>xxxx-xx10-37<br>800 Brooksedge Blvd<br>Westerville, OH 43081 | Collection Recovery Bureau<br>xx8455<br>1416 S Main St<br>Adrian MI 49221 | Dependon Collection Service<br>xxxxxxxx4520<br>120 W 22nd St Ste 360<br>Oak Brook IL 60523 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Antonio Christopher Munoz**

CASE NO.

CHAPTER   **7**

## Certificate of Service

### (Continuation Sheet #2)

Discover Card
xxxx-xxxx-xxxx-0883
PO Box 30395
Salt Lake City, UT 84130-0395

ER Solutions, Inc
x.xxx7674
800 SW 39th St
PO Box 9004
Renton, WA 98057

HSBC BANK
xxxx-xxxx-xxxx-9987
PO Box 5253
Carol Stream IL 60197

Discover Card
xxxx-xxxx-xxxx-7376
PO Box 30395
Salt Lake City, UT 84130-0395

GC Services Limited Partnership
xx0195
PO Box 32500
Columbus OH 43232.0500

HSBC BANK
xxxx-xxxx-xxxx-2944
1441 SCHILLING PLACE
SALINAS, CA 93901

Discover Card
xxxx-xxxx-xxxx-4196
PO Box 30395
Salt Lake City, UT 84130-0395

Gottlieb Memorial Hospital
xxxxx6251
701 W. North Avenue
Melrose Park IL 60160

Illinois Collection Services
xxx9211
3101 W 95th St
Evergreen Park, IL 60805

Discover Fin Svcs LLC
xxxx-xxxx-xxxx-3722
PO Box 15316
Wilmington, DE 19850

Harris and Harris LTD
xxxxxx7515
222 Merchandise Mart Plaza,  Suite 1900
Chicago, IL 60654

Integrity Financial Partners, Inc.
xxx3999
4370 W. 109th Street, Suite 100
Overland Park KS 66211

Dr. Aamir Safdar
xxxxxxx6203
7425 Janes Avenue Ste 200
Woodridge IL 60517

HCS - Healthcare Collection Services
xxxxx6116
PO Box 298
Norwell MA 02061.0298

John H Stroger, Jr. Hosp of Cook County
xxxxx5027
PO Box 70121
Chicago, IL 60673-5698

Encore Receivable Managment Inc.
xxx1457
400 N Rogers Road
PO Box 3330
Olathe KS 66063.3330

Heller and Frisone, Ltd.
xxxxx9472
33 North Lasalle St, Suite 1200
Chicago IL 60602

KCA Financial Svcs
xxx5087
628 North St
Geneva, IL 60134

Encore Receivable Managment Inc.
xxxx-xxxx-xxxx-3946
PO Box 3330
Olathe KS 66063.3330

Hometown Fire Protection District
xxxxxxx xunoz
4301 Southwest Highway
Hometown IL 60456.1110

Leading Edge Recovery Solutions
xxx2405
5440 N Cumberland Ave, Ste 300
Chicago, IL 60656-1490

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Antonio Christopher Munoz**

CASE NO.

CHAPTER   **7**

### Certificate of Service

(Continuation Sheet #3)

---

Linebarger Goggan Blair & Sampson,
LLP
xxxxx5027
Attorney at Law
PO Box 06268
Chicago, IL 60606-0268

Midwest Diagnostic Pathology, SC
xxx.x.xxxxxx1936
75 Remittance Dr, #3070
Chicago, IL 60675-3070

National Student Loan
xxxxxxxxxx1582
PO Box 82507
Lincoln NE 68501.2507


Lou Harris Company
xx3529
613 Academy Drive
PO Box 977
Northbrook IL 60062

Midwest Emergency Associates
x.xxxxxxx.01.01
Dept 20.6000
PO Box 5990
Carol Stream IL 60197

North Palos Fire Prot Dist N
xxxxN000
10629 South Roberts Road
Palos Hills IL 60465


Medical Recovery Specialists, Inc
xxx9057
2250 E Devon Ave, #352
Des Plaines, IL 60018-4519

MRSI
xxx8012
2350 E Devon Avenue, Ste 225
Des Plaines IL 60018

Northlake Fire Protection Dist
xx x6227
PO Box 1368
Elmhurst IL 60126


Medical Recovery Specialists, Inc
xxx8012
2250 E Devon Ave, #352
Des Plaines, IL 60018-4519

MRSI
xxx9057
2350 E Devon Avenue, Ste 225
Des Plaines IL 60018

Northwest Collectors
xxxxxx0066
3601 Algonquin Rd, Suite 50
Rolling Meadows, IL 60008


Merchants' Credit Guide Co.
xxxxxx0382
223 W Jackson Blvd.
Chicago, IL 60606

Municipal Collection Services Inc
xxx8935
PO Box 666
Lansing IL 60438

Northwest Collectors
xxx6116
3601 Algonquin Rd, Suite 50
Rolling Meadows, IL 60008


Midstate Collection Solutions, Inc.
xxxxxxxx3595
PO Box 3292
Champaign IL 61826.3292

National Action Financial Services, Inc.
xxxx-xxxx-xxxx-3946
165 Lawrence Bell, Suite 100
PO Box 9027
Williamsville NY 14231.9027

Northwest Collectors Inc.
xxxxxx5910
3601 Algonquin Rd, Suite 50
Rolling Meadows, IL 60008


Midwest Diagnostic Pathology, SC
xxx.x.xxxxxx7830
75 Remittance Dr, #3070
Chicago, IL 60675-3070

National Student Loan
xxxxxxxxxx1582
1300 O Street
Lincoln NE 68508

Orchard Bank
xxxx-xxxx-xxxx-9987
c/o HSBC Bank Nevada
1111 Town Center Drive
Las Vegas NV 89144

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:   Antonio Christopher Munoz

CASE NO.

CHAPTER   **7**

## Certificate of Service

(Continuation Sheet #4)

---

Palos Community Hospital
xxxxxx7515
12251 S 80th Avenue
Palos Heights IL 60463.1256

Redline Recovery Services, LLC
xxxx6272
1145 Sanctuary Pkwy Ste 350
Alpharetta, GA 30009-4756

RPM - Receivables Perfomance Mngm
LLC
xxxx9844
1930 220th St SE
Suite 101
Bothell, WA 98021

Palos Community Hospital
xxxxx3043
12251 S 80th Avenue
Palos Heights IL 60463.1256

Resurgence Financial LLC
xxxx xxxxxx2969
4100 Commercial Avenue
Northbrook IL 60062

Sallie Mae
xxxxxxxxxxxxxx2004
1002 Arthur Drive
Lynn Haven FL 32444

Palos Emergency Med Services, Ltd.
xxx965.0
9944 South Roberts Road
Suite 204
Palos Hills IL 60465

Riveredge Hospital/ MSC 410116
xxx7643
PO Box 415000
Nashville TN 37241.5000

Sentry Credit, Inc.
xxxxxx-xxxxxxx xunoz
2809 Grand Avenue
Everett WA 98201

Palos Pathology Associates, Ltd.
xxx.x.xxxxxx1045
520 E 22nd Street
Lombard IL 60148

RJM Acquisitions, LLC
xxxxxxxxxx1441
575 Underhill Blvd Suite 224
Syosset NY 11791.3416

Student Loan Finance Corp
xxxxxxxx9501
105 1st Ave SW
Aberdeen SD 57401

PFG of Minnesota
xxG698
7825 Washington Ave S Ste 310
Minneapolis MN 55439.2409

RJM Pathology Consultants, Ltc.
xxxx.xxxxx33.01
34520 Eagle Way
Chicago IL 60678

Student Loan Finance Corporation
xxxxxxx9901
105 First Ave SW
Aberdeen SD 57401.4104

Portfolio Recovery Associates
xxxxx8708
120 Corporate Boulevard
Suite 100
Norfolk, VA 23502

RMI/MCSI
xxx8935
PO Box 666
Lansing, IL 60438

Superior Air Ground Amb Serv
xx.x5473
PO Box 1407
Elmhurst, IL 60126

RCVL Per Mng
xxx0965
1930 220th St SE
Suite 101
Bothell, WA 98021

RPM - Receivables Perfomance Mngm
LLC
xxx0965
10413 Beardslee Blvd
Bothell WA 98011

Superior Air Ground Amb Serv
xx.x7937
PO Box 1407
Elmhurst, IL 60126

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:   **Antonio Christopher Munoz**

CASE NO.

CHAPTER   **7**

## Certificate of Service

### (Continuation Sheet #5)

Superior Asset Management, Inc.
xxxx0627
1000 Abernathy Road
Suite 165
Atlanta GA 30328

Unifund CCR Partners
xxxx-xxxx-xxxx-3946
10625 Techwoods Circle
Cincinnati, OH 45242

T Mobile
xxxxx5994
PO Box 742596
Cincinnati, OH 45274-2596

US Cellular/Chicago/NW IN 869
xxxxx8708
PO Box 7835
Madison WI 53707.7835

T Mobile
xxxxx3839
PO Box 742596
Cincinnati, OH 45274-2596

Valentine & Kebartas, Inc.
xxxxxxxxxx4748
PO Box 325
Lawrence MA 01842-0625

Tate & Kirlin Associates
xxx4111
2810 Southampton Rd
Philadelphia, PA 19154

Washington Mutual
xxx.xxx144.1
PO Box 2439
Chatsworth CA 91313.2437

TCF National Bank
xxxxxx3490
800 Burr Ridge Pkwy
Burr Ridge IL 60527

Trace Ambulance Inc
x5279
PO Box 264
Bedford Park IL 60499

Unifund CCR Partners
xxxx-xxxx-xxxx-3912
10625 Techwoods Circle
Cincinnati, OH 45242

# Current Monthly Income Calculation Details

In re: **Antonio Christopher Munoz**

Case Number:

Chapter: **7**

**3.    Gross wages, salary, tips, bonuses, overtime commissions.**

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | sales commission | | | | | | |
| | $1,072.27 | $1,520.93 | $1,262.38 | $1,845.07 | $2,642.07 | $1,127.56 | **$1,578.38** |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009

**Underlying Allowances**

In re: **Antonio Christopher Munoz**

Case Number:
Chapter:          **7**

| Median Income Information | |
|---|---|
| State of Residence | **Illinois** |
| Household Size | **1** |
| Median Income per Census Bureau Data | **$46,105.00** |

| National Standards: Food, Clothing, Household Supplies, Personal Care, and Miscellaneous | |
|---|---|
| Region | **US** |
| Family Size | **1** |
| Gross Monthly Income | **$1,578.38** |
| Income Level | **Not Applicable** |
| Food | **$285.00** |
| Housekeeping Supplies | **$28.00** |
| Apparel and Services | **$86.00** |
| Personal Care Products and Services | **$31.00** |
| Miscellaneous | **$87.00** |
| Additional Allowance for Family Size Greater Than 4 | **$0.00** |
| Total | **$517.00** |

| National Standards: Health Care (only applies to cases filed on or after 1/1/08) | |
|---|---|
| **Household members under 65 years of age** | |
| Allowance per member | **$60.00** |
| Number of members | **0** |
| Subtotal | **$0.00** |
| **Household members 65 years of age or older** | |
| Allowance per member | **$144.00** |
| Number of members | **0** |
| Subtotal | **$0.00** |
| **Total** | **$0.00** |

| Local Standards: Housing and Utilities | |
|---|---|
| State Name | **Illinois** |
| County or City Name | **Cook County** |
| Family Size | **Family of 1** |
| Non-Mortgage Expenses | **$443.00** |
| Mortgage/Rent Expense Allowance | **$1,016.00** |
| Minus Average Monthly Payment for Debts Secured by Home | **$0.00** |
| Equals Net Mortgage/Rental Expense | **$1,016.00** |
| Housing and Utilities Adjustment | **$0.00** |

**Underlying Allowances**

In re: **Antonio Christopher Munoz**

Case Number:

Chapter: **7**

| Local Standards: Transportation; Vehicle Operation/Public Transportation | |
|---|---|
| Transportation Region | Chicago |
| Number of Vehicles Operated | 1 |
| Allowance | $217.00 |

| Local Standards: Transportation; Additional Public Transportation Expense | |
|---|---|
| Transportation Region | Chicago |
| Allowance (if entitled) | $173.00 |
| Amount Claimed | $0.00 |

| Local Standards: Transportation; Ownership/Lease Expense | |
|---|---|
| Transportation Region | Chicago |
| Number of Vehicles with Ownership/Lease Expense | 0 |

| | First Car | Second Car |
|---|---|---|
| Allowance | | |
| Minus Average Monthly Payment for Debts Secured by Vehicle | | |
| Equals Net Ownership / Lease Expense | | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009